# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-247 |
| | ) |
| CABLE NEWS NETWORK, INC., ADAM BENNETT SCHIFF, POLITICO LLC, ROBERT HUNTER BIDEN, AND BFPCC, INC., | ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF LODGING

The United States hereby lodges those state court pleadings in *Isaac v. Cable News Network, Inc.*, Superior Court of the State of Delaware, County of Sussex, Miscellaneous Civil Action No. S22C-10-012-RHR, available on LEXIS.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

 /s/ Stephen R. Terrell
STEPHEN R. TERRELL (Cal. Bar No. 21004)
Attorney
Torts Branch
United States Department of Justice
P.O. Box 888
Washington, DC  20044
(202) 353-1651
Stephen.Terrell2@usdoj.gov

*Counsel for the United States*

Dated: March 8, 2023