**SUPERIOR COURT**
**CIVIL CASE INFORMATION STATEMENT (CIS)**

EFiled: Oct 17 2022 03:57PM EDT
Transaction ID 68264385
Case No. S22C-10-012 CAK

COUNTY: **NC**     CIVIL ACTION NUMBER: _____

| | |
|---|---|
| Caption:<br><br>John Paul Mac Isaac,<br><br>Plaintiff,<br><br>v.<br><br>Cable News Network, INC., Adam Bennett Schiff, Politico LLC. and Robert Hunter Biden<br><br>Defendant. | Civil Case Code:   CMIS<br><br>Civil Case Type:   CIVIL MISCELLANEOUS<br><br>MANDATORY NON-BINDING ARBITRATION (MNA) _____<br><br>Name and Status of Party filing document:<br>Ronald G. Poliquin (#4447)<br>_____<br><br>DOCUMENT TYPE: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>*Complaint*<br><br>JURY DEMAND:   Yes |
| ATTORNEY NAME(S): RONALD G. POLIQUIN<br>_____<br>ATTORNEY ID(S): 4447<br>_____<br>FIRM NAME: THE POLIQUIN FIRM LLC<br>_____<br>ADDRESS:<br>1475 S. GOVERNORS AVE.<br>_____<br>DOVER, DE 19904<br>_____<br>TELEPHONE NUMBER: 302-702-5501<br>_____<br>FAX NUMBER: 302-213-0042<br>_____<br>E-MAIL ADDRESS: RON@POLIQUINFIRM.COM<br>_____ | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:<br><br>N/A<br><br>EXPLAIN THE RELATIONSHIP(S):<br><br>N/A<br><br>_____<br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br>N/A<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**