EFiled: Oct 17 2022 03:57PM EDT
Transaction ID 68264385
Case No. S22C-10-012 CAK

# EXHIBIT E

| | |
|---|---|
| **From:** | Hiatt, Fred |
| **To:** | Brian Della Rocca; Marcus, Ruth |
| **Cc:** | NEWS - Oped Editors |
| **Subject:** | RE: John Paul Mac Isaac |
| **Date:** | Wednesday, October 28, 2020 3:22:39 PM |
| **Attachments:** | image001.png |

Brian,
I don't think this will be a good fit for us. Thanks for the look.
Fred

**From:** Brian Della Rocca <bdellarocca@compass-law.com>
**Sent:** Wednesday, October 28, 2020 11:51 AM
**To:** Marcus, Ruth <Ruth.Marcus@washpost.com>; Hiatt, Fred <fred.hiatt@washpost.com>
**Cc:** NEWS - Oped Editors <opeddesk@washpost.com>
**Subject:** RE: John Paul Mac Isaac

Thank you, Ruth.

Please find a Word version attached.

Brian



### Brian R. Della Rocca, Esquire
Partner - Compass Law Partners

**Phone** 240-454-1013
**Fax** 301-740-2297
**Web** www.Compass-Law.com [compass-law.com]   **Email** BDellaRocca@Compass-Law.com
48 Maryland Ave. Suite 400, Annapolis, MD 21401
51 Monroe St., Suite 408, Rockville, MD 20850

This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated. Any tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS or other taxing authority. Compass Law Partners is a trade name of Garagiola Law Partners, LLC.

**From:** Marcus, Ruth <Ruth.Marcus@washpost.com>
**Sent:** Wednesday, October 28, 2020 11:49 AM
**To:** Brian Della Rocca <bdellarocca@compass-law.com>; Hiatt, Fred <fred.hiatt@washpost.com>
**Cc:** NEWS - Oped Editors <opeddesk@washpost.com>
**Subject:** Re: John Paul Mac Isaac

Fred's out of pocket but I can provide that assurance.

Ruth Marcus
Washington Post deputy editorial page editor/columnist

---

**From:** Brian Della Rocca <bdellarocca@compass-law.com>
**Sent:** Wednesday, October 28, 2020 11:39 AM
**To:** Hiatt, Fred <fred.hiatt@washpost.com>
**Cc:** NEWS - Oped Editors <opeddesk@washpost.com>
**Subject:** RE: John Paul Mac Isaac

I just need assurance that, if you were to turn it down, it will not be shared with anyone else inside or outside of the Washington Post.



**Brian R. Della Rocca, Esquire**
Partner - Compass Law Partners

**Phone** 240-454-1013
**Fax** 301-740-2297
**Web** www.Compass-Law.com [compass-law.com]   **Email** BDellaRocca@Compass-Law.com
48 Maryland Ave. Suite 400, Annapolis, MD 21401
51 Monroe St., Suite 408, Rockville, MD 20850

This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated. Any tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS or other taxing authority. Compass Law Partners is a trade name of Garagiola Law Partners, LLC.

---

**From:** Hiatt, Fred <fred.hiatt@washpost.com>
**Sent:** Wednesday, October 28, 2020 11:00 AM
**To:** Brian Della Rocca <bdellarocca@compass-law.com>
**Cc:** NEWS - Oped Editors <opeddesk@washpost.com>
**Subject:** RE: John Paul Mac Isaac

Brian,
You can share the piece with us, and if it seems like something we might publish, we can discuss length in the next stage.
Fred

---

**From:** Brian Della Rocca <bdellarocca@compass-law.com>
**Sent:** Wednesday, October 28, 2020 10:33 AM

**To:** Hiatt, Fred <fred.hiatt@washpost.com>
**Subject:** John Paul Mac Isaac

**CAUTION: EXTERNAL SENDER**

Mr. Hiatt,

I represent John Paul Mac Isaac, the owner of the Mac repair shop in Wilmington, DE.  In an attempt to clear things up with the American public, I would like to submit an op-ed on his behalf.  However, the op-ed I prepared exceeds the word-count limitations.

I have chosen the Washington Post to publish the op-ed because I respect the newspaper's reporting.

Please let me know the best way to proceed.

Thank you.
Brian



**Brian R. Della Rocca, Esquire**
Partner - Compass Law Partners

**Phone** 240-454-1013
**Fax** 301-740-2297
**Web** www.Compass-Law.com [compass-law.com]   **Email** BDellaRocca@Compass-Law.com
48 Maryland Ave. Suite 400, Annapolis, MD 21401
51 Monroe St., Suite 408, Rockville, MD 20850

This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated. Any tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS or other taxing authority. Compass Law Partners is a trade name of Garagiola Law Partners, LLC.