**EFiled:  Oct 17 2022 03:57PM EDT**
**Transaction ID 68264385**
**Case No. S22C-10-012 CAK**

# EXHIBIT H

ADVERTISEMENT

# At Biden fundraiser, top Dems and Jason Alexander bash Trump, and get personal

Event, which nominee does not attend, billed as 'Virtual Conversation on Anti-Semitism,' focuses on president's role in rising hate

By **RON KAMPEAS**

5 August 2020, 5:28 am



From left: Sen. Jacky Rosen, "Seinfeld" star Jason Alexander and Rep. Adam Schiff. (Getty Images via JTA)

WASHINGTON (JTA) — A fundraiser for Joe Biden on Monday night was billed as a "Virtual Conversation on Anti-Semitism" with three marquee speakers: Rep. Adam Schiff, the California Democrat who chairs the US House of Representatives Intelligence Committee; Nevada freshman Sen. Jacky Rosen; and Jason Alexander — yes, that Jason Alexander, the one famed for his portrayal of George Costanza on "Seinfeld."

10/12/21, 3:40 PM
At Biden fundraiser, top Dems and Jason Alexander bash Trump, get personal | The Times of Israel
Case 1:23-cv-00247-MN Document 3-10 Filed 03/08/23 Page 3 of 55 PageID #: 463

The conversation, co-organized by the Biden campaign and the Democratic National Committee, included plenty of critique aimed at US President Donald Trump, whom liberal Jews accuse of stoking anti-Semitism in the US — but it also veered into poignant territory at times, offering a rare window into the politicians' personal Jewish identities. Biden did not attend.

Alexander, who moderated the talk, invited Rosen (who last year co-founded the Senate Bipartisan Task Force for Combating Anti-Semitism) and Schiff (who spearheaded Trump's impeachment proceedings last year) to draw a direct line between Trump's rhetoric and the rise in anti-Semitism during his term, evidenced in attacks such as the Pittsburgh Tree of Life and Poway synagogue shootings. Trump's defenders counter that by saying the president forcefully and unequivocally condemned anti-Semitism after the Tree of Life attack.

"We have to assume that our president has exacerbated the problem. Adam, he typically refers to you as 'Shifty Schiff,' so he obviously plays into anti-Semitic tropes and stereotypes," Alexander said. "How much do you hold him, and frankly the Republicans that echo and abet him, responsible for these increases in the amount of hate activity that we're seeing?"



Rep. Adam Schiff, D-Calif., Chairman of the House Intelligence Committee, speaks during a news conference on Capitol Hill, after a meeting at the White House, June 30, 2020 in Washington. (AP Photo/Alex Brandon)

Rosen obliged. "So many people are enabling the president," she said. "The rise of anti-Semitism just manifesting itself in different ways, whether it's the left the right, the center, we have to call it out — but regardless of that, everything starts at the top."

**Get The Times of Israel's Daily Edition
by email and never miss our top stories**

Your email    GET IT

By signing up, you agree to the terms

Schiff also said Trump was ultimately responsible for a rise in bigotry, noting his recent appeal to "suburban housewives" that he would protect their neighborhoods from interlopers.

"The president has a unique capability to set the tone, nationally, and he has set the most ugly, bitter, divisive and sometimes racist tone of any president, certainly in my lifetime," Schiff said. "And, you know, people follow that."

Rosen said education was critical to countering anti-Semitism and referred to the Never Again Act, which funds Holocaust education, and which she helped pass this year. Holocaust survivors were dying off, she said.

ADVERTISEMENT

"It's important that we tell those stories, because if we don't learn from them, if we don't shine a light to educate, then we're lost," Rosen said.



Sen. Jacky Rosen, D-Nev., speaks during a Senate Homeland Security and Governmental Affairs Committee hearing titled 'CBP Oversight: Examining the Evolving Challenges Facing the Agency,' June 25, 2020, on Capitol Hill in Washington. (Tom Williams/Pool via AP)

Alexander asked Schiff to comment on the false claim proliferating on the far right that he is in cahoots with the liberal Jewish billionaire, George Soros.

"The main one that's been circulated is that George Soros and I are related because my sister is married to his son," he said. "When that first caught on like wildfire, I called my brother and I said 'Dan I've got some good news and some bad news. The good news is we have a sister. Why didn't Mom tell us? And the even better news is, she married really well.'"

Jewish critics of Trump point to several examples that they say proves he either has a blind spot on anti-Semitism or actively engenders it. Trump has told Jewish donors that he "doesn't want your money," has said Jews who vote for Democrats are disloyal to other Jews and posted an ad during the 2016 campaign superimposing Hillary Clinton's face on a pile of money and a six-pointed star. His first statement on the Holocaust as president omitted any mention of Jews.

Biden rolled out his campaign in April 2019 with a video in which he said he was spurred to run after Trump equivocated in condemning the deadly neo-Nazi violence at a 2017 March in Charlottesville, Virginia. The assumed Democratic presidential nominee has said dozens of times that his campaign is a "battle for the soul of this nation," and often cites the rise of anti-Semitism.



A member of the audience listens as Democratic presidential candidate former Vice President Joe Biden speaks at a campaign event at the William 'Hicks' Anderson Community Center in Wilmington, Delaware, July 28, 2020. (AP Photo/Andrew Harnik)

Alexander asked Schiff and Rosen what he should tell politically conservative Jewish friends who say Trump has been good for Israel. Republicans "paint any criticism of Israel as anti-Semitic," Rosen said. "We can criticize our own government, we can criticize our spouse or family or kids, it doesn't mean you don't love them. It doesn't mean you shouldn't have a robust conversation."

ADVERTISEMENT

Tickets to the event, made public on Monday by Jewish Insider, were at a minimum $250, although donors could check amounts up to $50,000. About 400 people called in, raising $200,000. (The Jewish Telegraphic Agency obtained a phone call-in number, so a reporter was able to hear, if not see the proceedings.)

Alexander also asked Schiff and Rosen to personalize their Jewish experience, and that's when the conversation took a turn.

"Do you know how much your bar or bat mitzvah actually cost, within five thousand dollars?" Alexander asked at one point.

Rosen, a former synagogue president who was bat mitzvahed as an adult, knew but would not tell. Schiff said he did not know, except for the fact that his cost less than his older brother's did.

Did they remember "even one line" of their haftarah? (No.) "I remember having my voice crack," Schiff said. Had they ever not fasted on Yom Kippur? (Yes.) Had they ever built a sukkah? "Yes!" said Rosen, sounding surprised she was able to answer in the affirmative. (Schiff was a "no.")

What was their favorite Hanukkah present? "I remember my favorite present when I was a kid," Schiff said. "It was this self-winding car, you pull back a little lever and it would scoot across the floor."

"We had the piano bench," Rosen said. "That's what that's where all the Hanukkah presents were, so I just remember always going under... opening presents under the piano."

After recalling how he set a favorite Gumby doll's head alight with a menorah flame, Alexander then asked how their Jewishness led them into public service. Neither answer had anything to do with Israel or with religious learning.

Rosen recalled her grandmother discussing the "old country" and the sense of want she attached to it, and how her "bubbe" inculcated in her the idea that she should always reserve something for those less fortunate. For Schiff, it was education.

ADVERTISEMENT

"My father, who is 92 and is watching us this evening, telling me how, the one thing they can't take away from you is your education," he said.

Alexander also asked them to describe personal experiences of anti-Semitism. Both their answers typified the experience of their generation — Rosen is 63 and Schiff is 60.

In this July 25, 2017 file photo, actor Jason Alexander participates in the 'Hit the Road' panel during the Audience Network Television Critics Association Summer Press Tour at the Beverly Hilton on in Beverly Hills, California. (Chris Pizzello/Invision/AP, File)

"I don't have an actual memory of it but a memory of a story," Rosen said.

Her parents "took me to Florida I think must have been about 1960 or so, and we were swimming in a pool, and somebody came up to my mom and said she had to take her daughter out of the pool," Rosen said. "'She's a dirty Jew, you have to get out of the pool'."

Schiff described the experience of a pastor's candid anti-Semitism, expressed because the pastor did not realize Schiff was Jewish. "Look at the Jews, they don't have their spiritual house in order, and they say 'never again' but if they don't get their spiritual house in order, it will happen again," Schiff quoted the pastor as saying.

"It gave me a window into how much anti-Semitism there is," he said, adding that he informed the pastor he was speaking to a Jew.

# DEADLINE

PRINT

# Haim Saban's Fundraiser For Joe Biden Raises $4.5 Million

By Ted Johnson 

**Ted Johnson**
*Political Editor*

@tedstew

**More Stories By Ted**

- Texas Abortion Law Temporarily Reinstated By Federal Appeals Court

- Donald Trump Concealed D.C. Hotel's $70 Million In Losses With "Misleading" Disclosures, House Committee Says

- Economy Added 194,000 Jobs In September As Unemployment Rate Falls To 4.8 Percent

**VIEW ALL**



**Cheryl Saban and Haim Saban in 2017.**
Alex J. Berliner/ABImages via AP Images

A fundraiser for Joe Biden organized by Haim Saban raised $4.5 million on Monday, marking the media mogul's first event for the 2020 presidential race.

Saban and Rep. Adam Schiff (D-CA) cohosted the event, with 22 people in the crowd, according to a pool report. Tickets were priced at $500,000 per person (meaning not

everyone was a donor), and the other guests included Cheryl Saban, Tim Disney, Frank Gehry and Susan Disney Lord.

Saban, a longtime donor and bundler for Democrats, did not endorse during the primary, unlike 2016, when he was an early backer of Hillary Clinton.

He introduced Biden for the virtual event, and after a bit of a glitch in which Biden could not be heard ("You're on mute Mr. Vice President," Saban warned), the former vice president echoed comments he made earlier in the day about California's devastating wildfires and the connection to climate change.

"This crisis demands action, not denial," Biden said. "But as Donald Trump visits California today, we know he's not going to step up. He already said he wants to withhold aid and punish the state for not voting for him. The West is literally on fire, and it's still all about him. He likes to tweet about protecting the suburbs. That's his dog whistle on race. But wildfires and the hurricanes are literally tearing the suburbs apart."

Biden predicted that Democrats would win back the Senate. Saban has contributed almost $250,000 to the Democratic Senatorial Campaign Committee and more than $1.5 million to the Senate Majority Fund, a political action committee to win back the Senate for the Democrats.

"I hope all of you, because you've been so generous to me — I'm being greedy here — I hope you're being generous to some of the Senate candidates around the country," Biden said. "Because I think we'll win back the United States Senate this time."

**This article was printed from https://deadline.com/2020/09/haim-saban-joe-biden-fundraiser-adam-schiff-1234576682/**



**Copyright © 2021 Penske Business Media, LLC. All Rights reserved.**

ADVERTISEMENT

POLITICS

# Rep. Adam Schiff flexes party muscle with strong fundraising for Biden, Democrats

A West Coast Perspective.

$1/8 week  ✖

Case 1:23-cv-00247-MN   Document 3-10   Filed 03/08/23   Page 10 of 55 PageID #: 470



House Intelligence Committee Chairman Adam B. Schiff (D-Burbank) talks about the transcript of the call between President Trump and Ukrainian President Volodymyr Zelensky. (Kirk McKoy / Los Angeles Times)

By JENNIFER HABERKORN  |  STAFF WRITER

AUG. 17, 2020 4 PM PT



WASHINGTON —  Rep. Adam B. Schiff is dramatically increasing his political fundraising in the wake of his high-profile role in President Trump's impeachment trial and ahead of possible vacancies next year in the U.S. Senate and House Democratic leadership — two promotions that could interest the Burbank Democrat.

Schiff has raised more than $22 million since the beginning of 2019 for his campaign committee and other Democratic groups, including Joe Biden's presidential race.

A West Coast Perspective.                    $1/8 weeks
✕

SUBSCRIBE

It's a sharp rise in fundraising for Schiff, who became chairman Intelligence Committee in 2019 and gained national attention as the lead prosecutor in the Senate impeachment trial of Trump this year.

He's already doubled the $9.9-million fundraising haul for his campaign and other committees in the two-year cycle before the 2018 election. In the 2016 cycle, he raised only $1 million, according to the Open Secrets website. That did not include fundraising for the party committees, which was minimal, according to his campaign.

Compared with other House Democrats, Schiff now ranks third in fundraising behind Speaker Nancy Pelosi (D-San Francisco) and Rep. Cheri Bustos (D-Ill.), who leads the committee to elect House Democrats, according to a fundraising document viewed by The Times.

Schiff's fundraising surge comes as two potential political promotions come within view.

If Biden is elected in November, Gov. Gavin Newsom would have the power to appoint a replacement for Sen. Kamala Harris, the presumptive Democratic vice presidential candidate. While Newsom is viewed as likely to choose a woman or person of color for the seat, Schiff's fundraising efforts could be seen as boosting his chances.

Schiff has eyed the Senate before. When Sen. Dianne Feinstein was deciding whether to run for a fifth term or retire in 2018, he considered running if she stepped down.

There's also a possible House leadership race if Pelosi retires. In late 2018, she agreed to step down as leader of the House Democrats by 2022 and could leave office earlier. There is no clear successor in place, and Schiff would probably be a contender for a job

A West Coast Perspective.    ✖   $1/8 weeks

SUBSCRIBE

A Schiff aide downplayed any link between political ambitio "Schiff has always felt that if you keep your head down and focus on doing the work, the rest will take care of itself. And that philosophy has put him at the center of House Democrats' effort to hold the president accountable and defend our democracy," said the aide, who asked to not be identified in discussing the issue.

Besides the impeachment trial, Schiff gained an increasingly prominent party role in 2019 when he was placed in charge of fundraising for the House Democrats who face the toughest reelection fights, called "front-line members."

These Democrats typically represent historically Republican districts and oftentimes are freshman members. While Democrats are expected to retain control of the House in the 2020 election, the most vulnerable Democrats often require the most fundraising to fend off challengers.

ADVERTISEMENT

The $22 million Schiff has raised since the beginning of last year includes $12.4 million for his reelection campaign, $7.3 million for the Democratic Congressional Campaign Committee and for House Democrats in tough races, more than $2.4 million for Biden and $635,000 for Democratic Senate candidates, according to figures provided by his

A West Coast Perspective.

$1/8 weeks

✖

California has often been called the Democratic Party's ATM SUBSCRIBE nine that Schiff has been able to successfully use to help Democrats. Half of the money raised in his reelection committee came from California donors, according to the campaign. Because Schiff's seat is considered safe, he is able to spread that money to other Democrats.

Schiff's Republican challenger, Eric Early, has raised $1.4 million as of June, according to Federal Election Commission documents. In almost any other district, Early's fundraising would be enough to provide a substantial challenge, but Democratic voters dramatically outnumber Republicans in the district.

Like the Biden fundraiser Monday, Schiff has focused on virtual events since the COVID-19 pandemic shut down in-person gatherings. Earlier this month, he held a fundraiser with actor Jason Alexander and Sen. Jacky Rosen (D-Nev.) in support of Democrats. By election day, he's expected to have done 50 events for House and Senate candidates.

POLITICS



### Get our Essential Politics newsletter

The latest news, analysis and insights from our politics teams from Sacramento to D.C.

> Enter email address

SIGN ME UP

A West Coast Perspective.    $1/8 weeks ✕



Jennifer Haberkorn

SUBSCRIBE

🐦 Twitter  📷 Instagram  ✉ Email  f Facebook

Jennifer Haberkorn covers Congress in Washington, D.C., for the Los Angeles Times. She has reported from Washington since 2005, spending much of that time roaming the halls of the U.S. Capitol. Before arriving at The Times, Haberkorn spent eight years at Politico writing about the 2010 healthcare law, a story that took her to Congress, the states, healthcare clinics and courtrooms around the country. She also covered Congress and local business news for the Washington Times. Haberkorn is a native of the Chicago area and graduated from Marquette University in Milwaukee, Wis.

**MORE FROM THE LOS ANGELES TIMES**

POLITICS

### Sen. Richard Shelby of Alabama says he won't seek a 7th term in 2022

2 hours ago

OBITUARIES

### Rep. Ron Wright of Texas dies after battle with COVID-19

Feb. 8, 2021

POLITICS

A West Coast Perspective.     ✖ $1/8 weeks

SUBSCRIBE

CALIFORNIA

### Column: Instagram, cultural cluelessness and my Trump piñata

Feb. 8, 2021

CORONAVIRUS AND PANDEMIC ›

Calls grow for U.S. to fight the pandemic with rapid coronavirus tests

New coronavirus variants raise worry about reinfections

Long Beach rolls into underserved communities with mobile vaccine clinics

14 very L.A. ways to celebrate Valentine's Day in a pandemic

Tracking ICU capacity in California

A West Coast Perspective.

**$1/8 weeks**

**Cases statewide »**

SUBSCRIBE

**3,396,016**
confirmed

**44,153**
deaths

As of February 8, 10:58 a.m. Pacific

A West Coast Perspective.

✖

$1/8 weeks

Schiff flexes party muscle with strong fundraising for Biden, Los Angeles Times

Feb. 8, 2021

SUBSCRIBE

POLITICS

News Analysis: In California, Trump's political poison spreads from top of the ticket to City Hall

Feb. 8, 2021

POLITICS

For two California Republicans, diverging approaches to Trump lead to the same place: Backlash

Feb. 8, 2021

POLITICS

Senate readies Trump impeachment trial for a divided nation

Feb. 8, 2021

POLITICS

Biden's auto dilemma: How hard to push for electric cars?

Feb. 8, 2021

A West Coast Perspective.

✖

$1/8 weeks

Subscribe for unlimited access

SUBSCRIBE

Follow Us

Copyright © 2021, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell My Personal
Information

A West Coast Perspective.

✖

$1/8 weeks



MENU



DONATE

# VOLUNTEER FUNDRAISERS

The following individuals have raised at least $100,000 for our campaign and affiliated joint fundraising committees:

| Name | City, State |
|------|-------------|
| Daniel Abbasi | Riverside, CT |
| Jamal Abdi | Arlington, VA |
| Kevin Abel | Atlanta, GA |
| Joyce A. Aboussie | Saint Louis, MO |
| Alyson L. Abramowitz | Sunnyvale, CA |
| Thomas Abt | Cambridge, MA |
| Jerry Acker | Huntington Woods, MI |
| Karen R. Adler | New York, NY |
| Matthew L. Adler | Miami Beach, FL |
| Michael M. Adler | Coral Gables, FL |
| Sara & Robert Adler | Washington, DC |
| Ijaz Ahmad | Old Westbury, NY |
| Matthew Aks | Washington, DC |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

| County Executive Angela Alsobrooks | Upper Marlboro, MD |
| Roger C. Altman | New York, NY |
| Wa'el Alzayat | Washington, DC |
| Joyce Amico | Aspen, CO |
| Hady Amr | Arlington, VA |
| Jennifer Anderson | Los Angeles, CA |
| Robert Mailer Anderson | San Francisco, CA |
| Philip Angelides | Sacramento, CA |
| Mark Angelson | New York, NY |
| Paulette Aniskoff | Washington, DC |
| Mark Arabo | San Diego, CA |
| Robert Arbour | Los Angeles, CA |
| Joe Asher | Las Vegas, NV |
| Sen. Toni Atkins | San Diego, CA |
| Scott Atlas | Houston, TX |
| Magalie & Jean-Philippe Austin | New York, NY |
| Amb. Nicole Avant | Encino, CA |
| Felice Axelrod | New York, NY |
| Kenneth Baer | Bethesda, MD |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

| Sen. Tammy Baldwin | Madison, WI |
|---|---|
| John Ballon | Glendale, CA |
| Marcia Balonick | Highland Park, IL |
| Amy Banse | Philadelphia, PA |
| Amb. Robert C. Barber | Cambridge, MA |
| Brice & Houston Barnes | Tallahassee, FL |
| Judith Barnett | Washington, DC |
| Roger Barnett | West Palm Beach, FL |
| Lisa Blue Baron | Dallas, TX |
| Mayor Tom Barrett | Milwaukee, WI |
| Natalie & Brett Barth | Garden City, NY |
| Amb. Matthew Barzun | Louisville, KY |
| Jeremy Bash | Chevy Chase, MD |
| Amb. Denise Bauer | Belvedere, CA |
| Jonathan Baum | Mission Hills, KS |
| Rep. Joyce Beatty | Blacklick, OH |
| Attorney General Xavier Becerra | Los Angeles, CA |
| Amb. Colleen Bell | Los Angeles, CA |
| Sen. Michael F. Bennet | Denver, CO |
| Mitchell W. Berger | Ft Lauderdale, FL |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

∧

| Hildy Kuryk & Jarrod Bernstein | Brooklyn, NY |
|---|---|
| Peter J. Beshar | Rye, NY |
| Megan C. Beyer | Alexandria, VA |
| Shailen Bhatt | Washington, DC |
| Ajay Bhutoria | Fremont, CA |
| Jeffrey P. Bialos | Mc Lean, VA |
| Elisa & Robert Bildner | Livingston, NJ |
| Eryn Bingle | Riverside, CT |
| Adam Blackwell | Washington, DC |
| Janet A. Blanchard | Beverly Hills, MI |
| Lisa & Jeff Blau | New York, NY |
| Amb. Jeffrey Bleich | Piedmont, CA |
| Amb. Alan Blinken | Ketchum, ID |
| Leslie Bluhm | Chicago, IL |
| Neil Bluhm | Chicago, IL |
| Sen. Dianne Feinstein & Richard C. Blum | San Francisco, CA |
| Matthew Blumenthal | Stamford, CT |
| Michael Blumenthal | Nashville, TN |
| Rep. Lisa Blunt Rochester | Wilmington, DE |

**Together we can make Donald Trump a one term
President and defeat Republicans across the country.**

**Donate today:**

| Mary Pat Bonner | Washington, DC |
| Carol N. Bonnie | San Francisco, CA |
| Rob Bonta | Alameda, CA |
| Sen. Cory Booker | Newark, NJ |
| Ahmed Boomrod | Dearborn, MI |
| Paul Boskind | New York, NY |
| Beverly Bove | Wilmington, DE |
| Crandall & Erskine Bowles | Charlotte, NC |
| Jill Louis & Randy Bowman | Dallas, TX |
| Bob Brady | Wilmington, DE |
| Peter Bragdon | Portland, OR |
| Jake Braun | Chicago, IL |
| Bob Satawake & Amb. Wally Brewster | Dallas, TX |
| William J. Brodsky | Chicago, IL |
| Rep. Anthony G. Brown | Bowie, MD |
| Jordan C. Brown | Los Angeles, CA |
| Gov. Kate Brown | Portland, OR |
| Kristin Brown | Arlington, VA |
| Sam Brown | Silver Spring, MD |

**Together we can make Donald Trump a one term President and defeat Republicans across the country.**

**Donate today:**

| Susie Tompkins Buell | San Francisco, CA |
| Jules Buenabenta | San Marino, CA |
| Susie Buffett | Omaha, NE |
| Molly Buford | Washington, DC |
| Doug Bunch | Washington, DC |
| Ronald Burd | Bala Cynwyd, PA |
| Jonathan Burgstone | San Francisco, CA |
| Ebs Burnough | London, London |
| Sean Burton | Los Angeles, CA |
| Mayor Pete Buttigieg | South Bend, IN |
| Bradley Butwin | Old Westbury, NY |
| Brook Byers | Menlo Park, CA |
| Owen Byrd | Palo Alto, CA |
| Andrew C. Byrnes | Redwood City, CA |
| Lt. Gov. Susan Bysiewicz | Middletown, CT |
| Sonya & Tom Campion | Seattle, WA |
| Trisha Cardoso | Los Angeles, CA |
| Thomas Carnahan | Saint Louis, MO |
| James Carney | Washington, DC |
| Lea Carpenter | New York, NY |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

∧

| Sen. Bob Casey | Scranton, PA |
| Yolanda Cash Jackson | Hialeah, FL |
| Eric Casher | Albany, CA |
| Timothy Ceis | Seattle, WA |
| Ann Mei Chang | Washington, DC |
| James S. Chanos | New York, NY |
| Swadesh Chatterjee | Cary, NC |
| Mike Cherry | Chicago, IL |
| Richard A. Chesley | Chicago, IL |
| Mark Chorazak | New York, NY |
| Rep. Judy Chu | Los Angeles, CA |
| Robert Clark | Saint Louis, MO |
| Robert A. Clifford | Chicago, IL |
| David G. Clunie | New York, NY |
| Regina Montoya & Paul Coggins | Dallas, TX |
| Andrew Cohen | Los Altos, CA |
| Bruce Cohen | New York, NY |
| David Cohen | Chevy Chase, MD |
| David Cohen | Philadelphia, PA |

**Together we can make Donald Trump a one term President and defeat Republicans across the country.**

**Donate today:**

| Michael Coleman | Columbus, OH |
| Conway Collis | Pasadena, CA |
| Josh Connolly | Washington, DC |
| John M. Connors, Jr. | Boston, MA |
| Ron Conway | San Francisco, CA |
| Sen. Chris Coons | Wilmington, DE |
| Jeffrey Coopersmith | Seattle, WA |
| John Cordisco | Newtown, PA |
| Michael Smith & Amb. James Costos | Santa Monica, CA |
| Jackson Cox | Johnson City, TN |
| Morgan Cox | Dallas, TX |
| Stephen Cozen | Philadelphia, PA |
| Barbara Grasseschi & Tony Crabb | Healdsburg, CA |
| Eric Cramer | Philadelphia, PA |
| Sheila Creal | Los Angeles, CA |
| Hon. Claire Cronin | North Easton, MA |
| Daniel Cruise | New York, NY |
| John Crumpler | Durham, NC |
| Rep. Henry Cuellar | Laredo, TX |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

| | |
|---|---|
| Ryan Cwach | Yankton, SD |
| Gary Czaplewski | Fox Point, WI |
| Fatema Dahodwala | Andover, MA |
| Bartholomew J. Dalton | Wilmington, DE |
| Margaret & Sec. John Dalton | Washington, DC |
| Lee Daniels | Los Angeles, CA |
| Rep. Sharice Davids | Roeland Park, KS |
| Eric Dayton | Wayzata, MN |
| Rep. Deb Haaland | Albuquerque, NM |
| Carlos Del Toro | Alexandria, VA |
| April McLean Delaney & Rep. John Delaney | Potomac, MD |
| Kath Delaney | Kensington, CA |
| Rep. Rosa L. DeLauro | New Haven, CT |
| Anastasia Dellaccio | Washington, DC |
| Rep. Val Demings | Orlando, FL |
| Anita Denning | Takoma Park, MD |
| Bill Derrough | Brooklyn, NY |
| Steve Dettelbach | Solon, OH |
| Rep. Ted Deutch | Boca Raton, FL |
| Rep. Debbie Dingell | Dearborn, MI |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

| Amb. Eileen Donahoe | Portola Valley, CA |
|---|---|
| Michael Donatelli | Chicago, IL |
| Mark Donig | Atherton, CA |
| Sen. Joe Donnelly | Granger, IN |
| John Driscoll | Stamford, CT |
| Joy Drucker | Washington, DC |
| Sen. Tammy Duckworth | Chicago, IL |
| Patricia Duff | New York, NY |
| Shefali Razdan Duggal | San Francisco, CA |
| Mayor Mike Duggan | Detroit, MI |
| Sen. Dick Durbin | Springfield, IL |
| Fred DuVal | Phoenix, AZ |
| Pamela Eakes | Seattle, WA |
| Leni Eccles | Belvedere Tiburon, CA |
| Blair W. Effron | New York, NY |
| Paul Egerman | Weston, MA |
| Roger Ehrenberg | New York, NY |
| Kimberly Marteau Emerson & Amb. John Emerson | Beverly Hills, CA |
| Robert Epstein | Boston, MA |

**Together we can make Donald Trump a one term President and defeat Republicans across the country.**

**Donate today:**

| Mark Feierstein | Arlington, VA |
| Jonathan Feigelson | Bronx, NY |
| Henry Muñoz & Kyle Ferari-Muñoz | San Antonio, TX |
| Genine & Josh Fidler | Naples, FL |
| Steven Fineman | New York, NY |
| Sam Fischer | Encino, CA |
| Jon Fisher | Belvedere Tiburon, CA |
| Andrew Fishman | Sag Harbor, NY |
| Paul Fishman | Montclair, NJ |
| Michael Fleming | Los Angeles, CA |
| Wayne Flick | Los Angeles, CA |
| Hon. Michèle Flournoy | Bethesda, MD |
| Cynthia & Edsel Ford | Grosse Pointe Farms, MI |
| Chip Forrester | Nashville, TN |
| Rep. Bill Foster | Naperville, IL |
| David Fraga | Brooklyn, NY |
| Atticus Francken | Normal, IL |
| Amb. Meryl Frank | Highland Park, NJ |
| Sophie Lynn & David Frederick | McLean, VA |

**Together we can make Donald Trump a one term President and defeat Republicans across the country.**

**Donate today:**

^

| Anita Friedman | San Francisco, CA |
| Bart Friedman | New York, NY |
| David L. Friedman | Boulder, CO |
| Vincent Frillici | Washington, DC |
| Carol & Louis W. Frillman | Seattle, WA |
| Rep. Martin Frost | Alexandria, VA |
| Shanti A. Fry | Cambridge, MA |
| Glen S. Fukushima | Washington, DC |
| Amb. Edward Gabriel | Washington, DC |
| Rep. Ruben Gallego | Phoenix, AZ |
| Lise Strickler & Mark Gallogly | New York, NY |
| Barbara Gamson | Houston, TX |
| Mayor Eric Garcetti | Los Angeles, CA |
| Amb. Tony Gardner | London, UK |
| Laetitia Garriott De Cayeux | Austin, TX |
| Kathleen Gasperine | Concord, MA |
| Victoria Gavito | Austin, TX |
| Susie & Michael Gelman | Chevy Chase, MD |
| Mike Gerber | Philadelphia, PA |
| Vanessa Getty | San Francisco, CA |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

| Nancy & Amb. Mark Gilbert | Park City, UT |
| John Gile | Los Angeles, CA |
| Scott Miller & Tim Gill | Denver, CO |
| Michael Gilmore | Spokane, WA |
| Merle & Barry Ginsburg | Stuart, FL |
| Libby & Amb. Mark Gitenstein | Seattle, WA |
| Catherine & Brent Gledhill | Chicago, IL |
| Robert J. Glovsky | Boston, MA |
| Daniel Goetzel | Bethesda, MD |
| Matt Gold | Bethesda, MD |
| Barbara Goldberg Goldman | Potomac, MD |
| Jill Goldman | Los Angeles, CA |
| John D. Goldman | Atherton, CA |
| Steven M. Goldman | New York, NY |
| Claire & Brian Goldsmith | Beverly Hills, CA |
| Russell Goldsmith | Beverly Hills, CA |
| Alicia Goldstein | New York, NY |
| Eric Goldstein | Brooklyn, NY |
| Ehren Gonzales | Fenton, MI |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

| Gail Gordon | Phoenix, AZ |
|---|---|
| Felice Gorordo | Coral Gables, FL |
| Barry Gosin | Bedford Corners, NY |
| Ilene Gotts | New York, NY |
| Jonathan Gray | New York, NY |
| Gabriele & Jonathan Greenwald | Mc Lean, VA |
| Rep. Jim Greenwood | New Hope, PA |
| Chad Griffin | Los Angeles, CA |
| Kathleen Grillo | Arlington, VA |
| Jane Whitney & Lindsey Gruson | Washington, CT |
| Patrick Guarasci | Milwaukee, WI |
| Jeffrey Gural | New York, NY |
| Jeremiah F. Hallisey | San Francisco, CA |
| Nora Halpern | Bethesda, MD |
| James Halpert | Washington, DC |
| Amb. Pamela Hamamoto | Mill Valley, CA |
| Carol Hamilton | Beverly Hills, CA |
| William Hammack | New Orleans, LA |
| Taylor Hanex | New York, NY |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

| Hon. Richard Harpoonian | Columbia, SC |
|---|---|
| Peter Harrell | Atlanta, GA |
| Scott B. Harris | Marshall, VA |
| Amb. Jane Hartley | New York, NY |
| Evan Haymes | New York, NY |
| Andrew B. Hayward | San Francisco, CA |
| Tiffany & Alexander Heckler | Miami Beach, FL |
| Melissa K. Hedden | Columbus, OH |
| Sen. Martin Heinrich | Albuquerque, NM |
| Caitlin Heising | Atherton, CA |
| Rebecca Heller | Piedmont, CA |
| Joyce Hendricks | Warren, NJ |
| Tom Hendrickson | Zebulon, NC |
| Jonathan Henes | New York, NY |
| Stephen Herrmann | Wilmington, DE |
| Vicki & Amb. Bruce Heyman | Chicago, IL |
| Amb. Douglas Hickey | San Francisco, CA |
| Rep. Jim Himes | Cos Cob, CT |
| Galen Hines-Pierce | Houston, TX |
| Philip Hinkle | Washington, DC |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

| Roger Hochschild | Winnetka, IL |
| Reid Hoffman | San Francisco, CA |
| Andrew Hohns | Philadelphia, PA |
| Andy Holland | Omaha, NE |
| Robert R. Hoopes, Jr. | Bethesda, MD |
| Andrew Howard | Los Angeles, CA |
| Chrisette & Reginald Hudlin | Beverly Hills, CA |
| Mabelle & John C. Hueston | Corona Del Mar, CA |
| Rep. Jared Huffman | San Rafael, CA |
| Brandon Hurlbut | Venice, CA |
| Nomaan Husain | Houston, TX |
| Asti Hustvedt | New York, NY |
| Susie Hwang | Palo Alto, CA |
| Frank Islam | Potomac, MD |
| Rep. Steve Israel | Oyster Bay, NY |
| Rep. Sheila Jackson Lee | Houston, TX |
| Leslie Jacobs | New Orleans, LA |
| Kiran Jain | Berkeley, CA |
| Hamilton ("Tony") E. James | New York, NY |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

| Leonard Jernigan | Raleigh, NC |
| Carrie & Coddy Johnson | Pacific Palisades, CA |
| Eartha & Lonnie Johnson | Spring, TX |
| Matthew Johnson | Los Angeles, CA |
| Peter Johnson | Gates Mills, OH |
| Star Jones | Chicago, IL |
| Deborah Jospin | Chevy Chase, MD |
| Karla Jurvetson | Los Altos, CA |
| Sen. Tim Kaine | Richmond, VA |
| Sonny Kalsi | New York, NY |
| Mitchell A. Kamin | Los Angeles, CA |
| Jonathan Kaplan | San Francisco, CA |
| Ramesh Kapur | Winchester, MA |
| Barry Karas | Los Angeles, CA |
| Brad Karp | New York, NY |
| Martha Karsh | Beverly Hills, CA |
| Phil Karsting | Washington, DC |
| Alex Katz | New York, NY |
| Jill Alper & David Katz | Grosse Pointe, MI |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

⌃

| Lisa Kelley | Menlo Park, CA |
|---|---|
| Michael Kempner | New York, NY |
| Frank Kendall | Falls Church, VA |
| Rep. Joe Kennedy | Boston, MA |
| Vicki Kennedy | Boston, MA |
| Vicki Kennedy | Los Angeles, CA |
| David W. Kenney, Jr. | Denver, CO |
| Walter Kerr | New York, NY |
| Aleen Keshishian | Los Angeles, CA |
| Alan C. Kessler | Philadelphia, PA |
| Dan Kessler | Denver, CO |
| Amed Khan | Suffern, NY |
| Shahid Khan | Framingham, MA |
| Rep. Ro Khanna | Fremont, CA |
| Joe Kiani | Irvine, CA |
| Sheldon Kimber | Walnut, CA |
| Simon Kirk | New York, NY |
| Sen. Amy Klobuchar | Minneapolis, MN |
| Benjamin B. Klubes | Bethesda, MD |
| Susan & Bill Knapp | Van Meter, IA |

**Together we can make Donald Trump a one term President and defeat Republicans across the country.**

**Donate today:**

| Orin Kramer | Englewood, NJ |
| Michelle Kraus | Palo Alto, CA |
| Lisa & Peter A. Kraus | Dallas, TX |
| Ali & Brian Kreiter | Norwalk, CT |
| Douglas Krupp | Boston, MA |
| George Krupp | Chestnut Hill, MA |
| Nicholas Kukrika | East Hampton, NY |
| Norm Kurz | Bethesda, MD |
| Sima Ladjevardian | Houston, TX |
| First Lady Annie & Gov. Ned Lamont | Greenwich, CT |
| Mayor Keisha Lance Bottoms | Atlanta, GA |
| Donna Langley | Los Angeles, CA |
| Sherry Lansing | Los Angeles, CA |
| Alexander Laskey | Washington, DC |
| Alex Lasry | Milwaukee, WI |
| Marc Lasry | New York, NY |
| Lindsay Lassman | San Francisco, CA |
| Paul Laudicina | Scottsdale, AZ |
| Bonnie Lautenberg | New York, NY |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

| Dania Leemputte | Chicago, IL |
| Michael L. Lehr | Philadelphia, PA |
| Janni Lehrer-Stein | San Francisco, CA |
| Jon Leibowitz | Bethesda, MD |
| Brian Lemek | Potomac, MD |
| Derek Lemke-Von Ammon | Washington, DC |
| Tom Leonard | Philadelphia, PA |
| Bel Leong-Hong | Gaithersburg, MD |
| Alan Leventhal | Boston, MA |
| Shellie Levin | Miami, FL |
| William A. Levin | Muir Beach, CA |
| Clifford B. Levine | Pittsburgh, PA |
| Amb. Suzan G. LeVine & Eric LeVine | Seattle, WA |
| Randi & Jeffrey Levine | New York, NY |
| Ginger Lew | Naples, FL |
| Loida N. Lewis | New York, NY |
| James Lieber | Spencertown, NY |
| Tim Lim | Washington, DC |
| Jennifer Lin | Los Angeles, CA |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

⌃

| Christopher Lu | Arlington, VA |
| --- | --- |
| Claire Lucas | Washington, DC |
| Ellen & Andrew Luger | Minneapolis, MN |
| Heather Lurie | Denver, CO |
| Arthur Luxenberg | Great Neck, NY |
| Tracy & Eric Lynn | Saint Petersburg, FL |
| Kerman Maddox | Los Angeles, CA |
| Asif Mahmood | Bradbury, CA |
| Neil Makhija | Philadelphia, PA |
| Amb. Noah Mamet | Marina Del Rey, CA |
| Susan & Stephen Mandel | Greenwich, CT |
| Chris Mann | New York, NY |
| Jeffrey Marburg-Goodman | Arlington, VA |
| Giulia Marchiori | London, London |
| Gov. Jack Markell | Wilmington, DE |
| Claire DeMatteis & Michael Marquardt | Wilmington, DE |
| Amb. Capricia Marshall | Washington, DC |
| Stacy Mason | Palo Alto, CA |
| Brian Mathis | Hermosa Beach, CA |
| Rep. Doris O. Matsui | Sacramento, CA |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

⌃

| Stephanie McClellan | Philadelphia, PA |
| Carol Butler & Win McCormack | Portland, OR |
| Suzanne Sinegal-McGill & Thomas McGill | Medina, WA |
| Brian McGlinchey | Wilmington, DE |
| Virginia McGregor | Scranton, PA |
| David McKean | Washington, DC |
| Dennis Mehiel | White Plains, NY |
| Alexander Mehran | San Francisco, CA |
| Aaron Mendelsohn | New York, NY |
| Laura Michelman | Los Angeles, CA |
| Anthony Miller | New York, NY |
| John W. Miller | Milwaukee, WI |
| William H. Miller III | Baltimore, MD |
| Stacey & Eric Mindich | New York, NY |
| Farooq Mitha | Washington, DC |
| John Monsky | New York, NY |
| Rep. Gwen Moore | Milwaukee, WI |
| Kara Moore | New York, NY |
| Joyce A. Moorehead | Sterling, VA |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

| Scott Mulhauser | Washington, DC |
| J. Byrne Murphy | Hartford, CT |
| Sen. Chris Murphy | Chevy Chase, MD |
| Janee Murphy | Tampa, FL |
| Rep. Patrick Murphy | Jupiter, FL |
| First Lady Tammy & Gov. Phil Murphy | Red Bank, NJ |
| Ryan Murphy | Encino, CA |
| Georgia Murray | Boston, MA |
| Heather Murren | Las Vegas, NV |
| Charles Myers | New York, NY |
| Liz Naftali | Studio City, CA |
| Shekar N. Narasimhan | Dunn Loring, VA |
| Laura DeBonis & Scott A. Nathan | Boston, MA |
| Marc Nathanson | Beverly Hills, CA |
| Brandon Neal | Washington, DC |
| Mark Nejame | Windermere, FL |
| Ana Janaina Nelson | Washington, DC |
| Grace & Sen. Bill Nelson | Orlando, FL |
| Glenda Newell-Harris | Oakland, CA |

**Together we can make Donald Trump a one term President and defeat Republicans across the country.**

**Donate today:**

| Thomas Nides | Washington, DC |
|---|---|
| Steven Nissen | Los Angeles, CA |
| Suzanne Nossel | New York, NY |
| Rep. Glenn Nye | Arlington, VA |
| Roger Nyhus | Seattle, WA |
| Peter O'Keefe | Washington, DC |
| Todd O'Malley | Scranton, PA |
| Michael O'Neil | Chicago, IL |
| Charles M. Oberly III | Wilmington, DE |
| Steven Okun | Singapore, Singapore |
| Esther Oppenheimer | Boise, ID |
| James Ozment | Bethesda, MD |
| CA Sec. of State Alex Padilla | Porter Ranch, CA |
| Eduardo Padron | Miami, FL |
| Lazar Palnick | Pittsburgh, PA |
| Nalini Pande | Arlington, VA |
| Hong Pang | Greenwich, CT |
| Simon Pang | San Gabriel, CA |
| Amb. Joseph R. Paolino, Jr. | Providence, RI |
| Eric Paquette | Los Angeles, CA |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

| Roshann Parris | Leawood, KS |
|---|---|
| Satya Patel | Burlingame, CA |
| Carrin F. Patman | Houston, TX |
| Sharon L. Patrick | New York, NY |
| Alan J. Patricof | New York, NY |
| C. Cary Patterson | Texarkana, TX |
| Matthew Paul | Des Moines, IA |
| Nancy & Stephen Paul | Beverly Hills, CA |
| Jim Pederson | Phoenix, AZ |
| Clay Pell | Providence, RI |
| Alexis & Laurence Pelosi | Oakland, CA |
| Carrie Pendolino | Burlingame, CA |
| Carol Pensky | Washington, DC |
| Dana Perlman | Los Angeles, CA |
| Douglas H. Phelps | Denver, CO |
| David Phillips | Irvington, NY |
| Laurinus Pierre | Miami, FL |
| Patrick Pinschmidt | Alexandria, VA |
| Tara Pinto | Rockville, MD |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

| | |
|---|---|
| Joseph Power | Chicago, IL |
| Rahul Prakash | San Francisco, CA |
| Paula Pretlow | San Francisco, CA |
| Lisa S. Primus | New York, NY |
| Lisa S. Pritzker | San Francisco, CA |
| Penny S. Pritzker | Chicago, IL |
| Melissa Prober | Brooklyn, NY |
| Nicholas Prouty | San Juan, PR |
| Chuck Pruitt | Shorewood, WI |
| William Pugh | Bethesda, MD |
| Allison Putala | Washington, DC |
| Christian Quilici | Arlington, VA |
| Phil Mercado & Todd Quinn | Los Angeles, CA |
| Norman Radow | Atlanta, GA |
| Bryan Rafanelli | Boston, MA |
| Deepak D. Raj | Princeton, NJ |
| Amb. Azita Raji | Belvedere, CA |
| Erik Ramanathan | Wayland, MA |
| Rion Ramirez | Bainbridge Island, WA |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

∧

| Micki & Michael Rawlings | Dallas, TX |
| Phil Recht | Los Angeles, CA |
| Heidi Crebo-Rediker & Doug Rediker | Washington, DC |
| Clinton T. Reilly | San Francisco, CA |
| Gov. Ed Rendell | Philadelphia, PA |
| Joyce E. Rey | Beverly Hills, CA |
| Amb. Julissa Reynoso | New York, NY |
| Joseph F. Rice | Mount Pleasant, SC |
| Katherine Rice | Mill Valley, CA |
| Rep. Cedric Richmond | New Orleans, LA |
| Margaret Crotty & Rory Riggs | New York, NY |
| John Roberti | Bethesda, MD |
| Diane M. Robertson | Carrboro, NC |
| Stephanie Robinson | Kentfield, CA |
| Robert Roche | Las Vegas, NV |
| Desiree G. Rogers | Chicago, IL |
| John W. Rogers, Jr. | Chicago, IL |
| Jeffrey Roh | Seattle, WA |
| Susan Roos | Foster City, CA |
| Eric Rosand | Washington, DC |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

∧

| Lee Rosenberg | Chicago, IL |
| Lizanne Rosenstein | New York, NY |
| Peter Rosenstein | Washington, DC |
| Jennie Rosenthal | Cincinnati, OH |
| Jon Rotenberg | Boston, MA |
| Shannon Rotenberg | Burbank, CA |
| Evan Roth | New York, NY |
| Tom Rothman | Los Angeles, CA |
| Neil Rothstein | Redwood City, CA |
| Stefanie Roumeliotes | San Francisco, CA |
| Cindy Rowe | Brookline, MA |
| Ali Rubin | Washington, DC |
| Sec. Robert Rubin | New York, NY |
| Rusty Rueff | Burlingame, CA |
| Lauren Ruettimann | Raleigh, NC |
| Brooke & David Rusenko | San Francisco, CA |
| Evan Ryan | Washington, DC |
| Timothy Ryan | Washington, DC |
| Javier Saade | Washington, DC |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

| Michael Sacks | Chicago, IL |
| Faiza Saeed | New York, NY |
| Thomas L. Safran | Los Angeles, CA |
| Alex Sagan | Cambridge, MA |
| Joseph Sakran | Fairfax Station, VA |
| Sec. Ken Salazar | Denver, CO |
| Lillian Salerno | Frisco, TX |
| Jill & David Sanford | Bronxville, NY |
| Mark Robertson & Michael Sanzone | Glen Ridge, NJ |
| Amb. Miriam Sapiro | Washington, DC |
| Hon. Lynn Schenk | La Jolla, CA |
| Rep. Adam Schiff | Los Angeles, CA |
| Rep. Brad Schneider | Deerfield, IL |
| Susan Ness & Lawrence Schneider | Bethesda, MD |
| Susan Schoenfeld Harrington | London, Westminster |
| Elizabeth Schrayer | Rockville, MD |
| Michael Schrum | Washington, DC |
| Elaine Schuster | Boston, MA |
| Mark Schuster | Boston, MA |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

| Fred Sears | Wilmington, DE |
| Amb. Theodore Sedgwick | Marshall, VA |
| David M. Seldin | St Petersburg, FL |
| Amb. Peter Selfridge | Washington, DC |
| Russell Semmel | New York, NY |
| Radhika Shah | Palo Alto, CA |
| Raj Shah | Seattle, WA |
| Rajan Shah | New York, NY |
| Rep. Donna Shalala | Coral Gables, FL |
| Daniel Shallman | Los Angeles, CA |
| Elaine Shamir | Santa Monica, CA |
| Daniel Shapiro | Houston, TX |
| Gina Shapiro | Philadelphia, PA |
| Laura Shell | Beverly Hills, CA |
| Albert Shen | Southlake, TX |
| Rob Shepardson | Chappaqua, NY |
| Linda Rae Sher | Chicago, IL |
| Rep. Brad Sherman | Los Angeles, CA |
| Elizabeth Sherwood-Randall | Piedmont, CA |
| Kimberly & Jon Shirley | Medina, WA |

**Together we can make Donald Trump a one term President and defeat Republicans across the country.**

**Donate today:**

∧

| | |
|---|---|
| Timothy Silard | Oakland, CA |
| Daniel Silverberg | Washington, DC |
| Robert Silvers | Washington, DC |
| Ian Simmons | Cambridge, MA |
| John Simmons | Alton, IL |
| Deborah Simon | Carmel, IN |
| Elizabeth Simons | Atherton, CA |
| Terron Sims | Arlington, VA |
| William Singer | Chicago, IL |
| Jill & Raj Singh | Bellevue, WA |
| Richard Sirota | Irvington, NY |
| Gretchen Sisson | San Francisco, CA |
| Michael Skelly | Houston, TX |
| Karen Skelton | Sacramento, CA |
| Alex Slater | Washington, DC |
| Samuel Slater | Boston, MA |
| Harry Sloan | Woodland Hills, CA |
| Elizabeth Slossberg | Aspen, CO |
| Bill Smith | Washington, DC |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

⌃

| | |
|---|---|
| Todd A. Smith | Chicago, IL |
| Robyn M. Smyers | Shaker Heights, OH |
| Mary E. Snapp | Seattle, WA |
| Andrew Snyder | New York, NY |
| Jay T. Snyder | New York, NY |
| Amb. Nancy Soderberg | Jacksonville Beach, FL |
| Arthur Solomon | Providence, RI |
| Ken A. Solomon | Pacific Palisades, CA |
| Amb. Alan D. Solomont | Weston, MA |
| Mohamed Soltan | Fairfax, VA |
| Jonathan A. Soros | New York, NY |
| Andy Spahn | Los Angeles, CA |
| Janice C. Spector | Lewes, DE |
| Rep. Jackie Speier | Burlingame, CA |
| Mark Spengler | Washington, DC |
| Barbaralee Diamonstein-Spielvogel & Amb. Carl Spielvogel | New York, NY |
| Ashley Spillane | Washington, DC |
| Steven Spinner | Atherton, CA |
| Sen. Debbie Stabenow | East Lansing, MI |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**

∧

| Andrea Dew Steele | San Francisco, CA |
| Bobby L. Stein | Jacksonville, FL |
| Eric Stein | Palo Alto, CA |
| David Steinberg | Washington, DC |
| Joshua L. Steiner | New York, NY |
| Erich Stephens | Providence, RI |
| Susan Stern | New York, NY |
| Jane & Bill Stetson | Norwich, VT |
| Thomas Steyer | San Francisco, CA |
| Richard Stoff | Bexley, OH |
| Tina Stow | Washington, DC |
| Leo Strine | Hockessin, DE |
| Scott Stuber | Los Angeles, CA |
| Victoria Suarez-Palomo | Denver, CO |
| Daniel Suleiman | Chevy Chase, MD |
| Hon. Caroline Sullivan | Raleigh, NC |
| Margaret Sullivan | Washington, DC |
| Sally Susman | New York, NY |
| Rep. Eric Swalwell | Dublin, CA |
| Richard Swig, Jr. | San Francisco, CA |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

| David Tafuri | Washington, DC |
| Ramon Tallaj | Paramus, NJ |
| Laura Talmus | Kentfield, CA |
| Brett Tanzman | Short Hills, NJ |
| Michèle & Kenneth Taylor | Atlanta, GA |
| Cooper Teboe | Woodside, CA |
| Ursula C. Terrasi | Weatherby Lake, MO |
| Nidhi Thakar | Portland, OR |
| Corey Then | University City, MO |
| Kenny D. Thompson, Jr. | Washington, DC |
| Tomicah Tillemann | Falls Church, VA |
| William Titelman | Palm Beach, FL |
| Andrew Tobias | New York, NY |
| Dennis Toner | Rehoboth Beach, DE |
| Attorney General William Tong | Stamford, CT |
| Mariella & Michael Trager | Washington, DC |
| Glen Tullman | Chicago, IL |
| David S. Turetsky | Albany, NY |
| Susan & Michael Turpen | Oklahoma City, OK |

**Together we can make Donald Trump a one term President and defeat Republicans across the country.**

**Donate today:**

| Christopher Van Es | Washington, DC |
| Ryan Vangrack | Chicago, IL |
| Jon Vein | Rancho Palos Verdes, CA |
| Rep. Filemon Vela | Brownsville, TX |
| Juan Verde | San Juan, PR |
| Barbara & John L. Vogelstein | New York, NY |
| Josh Wachs | Washington, DC |
| Judith Wagner | Cherry Hills Village, CO |
| Kenneth Wainstein | Alexandria, VA |
| Dana Walden | Los Angeles, CA |
| Mary Ann Walker | Palos Verdes Estates, CA |
| Mara Wallace | Palo Alto, CA |
| Diana Walsh | Palo Alto, CA |
| Mayor Martin Walsh | Dorchester, MA |
| Mikal C. Watts | San Antonio, TX |
| Cynthia Telles & Joe Waz | Los Angeles, CA |
| William Webster | Spartanburg, SC |
| Richard Weiner | Washington, DC |
| Andrew Weinstein | Parkland, FL |

**Together we can make Donald Trump a one term President and defeat Republicans across the country.**

**Donate today:**

| Peter Shields & Ace Werner | Arlington, VA |
|---|---|
| Tony West | San Francisco, CA |
| Steve Westly | Menlo Park, CA |
| Maureen White | New York, NY |
| Linda Whitlock | Newton, MA |
| Gov. Gretchen Whitmer | Lansing, MI |
| Richard Wilcox | Roma, RM |
| David Wilhelm | Bexley, OH |
| John Eddie Williams | Houston, TX |
| Kelly Williams | Palm Beach, FL |
| Whitney Williams | Missoula, MT |
| Robert Wolf | Purchase, NY |
| Gov. Tom Wolf | York, PA |
| Nicole Elkon & Neal Wolin | Washington, DC |
| Amb. Lee Wolosky | Scarsdale, NY |
| David Worley | Peachtree City, GA |
| Jeff Worthe | Santa Monica, CA |
| Dennis Wu | San Francisco, CA |
| Nathaniel Yap | Pittsburgh, PA |
| Hon. Sally Yates | Atlanta, GA |

Together we can make Donald Trump a one term President and defeat Republicans across the country.

**Donate today:**

∧

| | |
|---|---|
| Zaid Zaid | Washington, DC |
| Kinney Zalesne | Washington, DC |
| Lynn Hubbard & David Zapolsky | Seattle, WA |
| Julie Zebrak | Bethesda, MD |
| Allison Zelman | Washington, DC |
| Mary & Jeff Zients | Washington, DC |
| Adam Zurofsky | New York, NY |
| Marc Zwillinger | Bethesda, MD |

Together we can make Donald Trump a one term
President and defeat Republicans across the country.

**Donate today:**