EFiled: Oct 17 2022 03:57PM EDT
Transaction ID 68264385
Case No. S22C-10-012 CAK

# EXHIBIT L

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 
**Subject:** D sappo nt ng
**Date:** October 22, 2020 at 3:50 PM
**To:** John Pau  Mac Isaac mac saac@demacshop.com

I was a loyal customer who will never come back.  How could you do this?

Suzanne



**Subject:** Eat sh t and d e SLOWLY fuck ng Russ an stooge
**Date:** October 15, 2020 at 2:41 PM
**To:** nfo@demacshop.com

**From:** ▬▬▬▬▬▬▬▬▬▬▬▬
**Subject:** Fear & Bu
**Date:** October 15, 2020 at 2:14 AM
**To:** nfo@demacshop.com



You can stop with all the melodrama. No one's going to murder you...mainly because you don't know anything. You have no copy of anyone's hard drive, and if you do, you're going to jail for theft of private property. Didn't your "lifesaver" Rudy clue you into that? No? Bummer. Did he tell you that your business is done for? No? Bummer again. Got any employee's? Yeah...THEIR lives are now ruined as well. Yet another narrow-minded, low info, low IQ idiot who believes EVERYTHING THEY READ on Facebook & worships the Que-A-Moron slide towards complete & total ignorance & stupidity. No common sense..and no critical thinking skills. Just one more garden-variety Trump-Stooge who just threw away their normal lives for a chance to lick Fat Donnie's scrotum and bask in the orange glow of a maniac.

Wouldn't it have been easier to just shoot-up a pizza joint?

Good-luck with all that, Dipshit.

**From:**
**Subject:** Foo sh
**Date:** October 25, 2020 at 2:31 PM
**To:** nfo@demacshop.com



If I ever got hard dr ves  n damaged  aptops that were p cked up at my shop.... I wou dnt go mak ng cop es of the r hard dr ves and then d g  nto them w th b atant d sregard for customer pr vacy. You ve c ear y been p ayed and used by the FSB as an easy mark. You re so far up your own ass you probab y cant see  t. You just  stumb ed across a  th s mater a  what a joke. Anyone w th ha f a bra n can see th s for what  t s. I dont  ke B den, but good God how can you support a fuck ng psycho  n office who  es  ke  ts breath ng. Fuck ng  nsaaannnneeeeeee

| | |
|---|---|
| **From:** | John Paul Mac Isaac |
| **To:** | Brian Della Rocca |
| **Subject:** | Fwd: Better get out of town asshole |
| **Date:** | Thursday, December 17, 2020 10:01:27 AM |

Sent from my iPhone

Begin forwarded message:

> **From:** John Paul Mac Isaac
> **Date:** December 7, 2020 at 3:50:13 PM MST
> **To:** ███████ cj.state.de.us
> **Subject: Fwd: Better get out of town asshole**
>
> Begin forwarded message:
>
> **From:** Anonymousemail <noreply@anonymousemail.me>
> **Subject: Better get out of town asshole**
> **Date:** November 24, 2020 at 6:39:08 PM MST
> **To:** info@demacshop.com
>
> This email was sent via **anonymousemail**
> To remove this signature and unlock all features go premium
> → New! Join our affiliate program and start **earning money**.
>
> Soon they will be playing the bagpipes for you asshole  soon  Like trump
>
> Keep moving and looking over your shoulder buttfuck

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Hard Dr ve
**Date:** October 25, 2020 at 1:27 AM
**To:** nfo@demacshop.com



So, how many customers do you think will now do business with a company that copied a customers hard drive and sold the contents to the highest bidder.
Talk about un-ethical.  You're a real spice of shit.


Shirley ▮▮▮▮▮

**From:**
**Subject:** Haven't A ways been a moron
**Date:** October 15, 2020 at 8:31 AM
**To:** nfo@demacshop.com



John Pau ,
What happened to you, you used to have some semb ance of  nte  gence. You have gone down a rabb t ho e that  s go ng to destroy your bus ness, reputat on and  fe. A   n the name of a rac st, Misogynist, moronic asshat.
Mike

Sent from my  Phone

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** L0W LIFE
**Date:** October 15, 2020 at 12:18 PM
**To:** nfo@demacshop.com



**That is about as low as you  can go.**
**I will spend my next few years thinking how AWFUL** John Paul Mac Isaac is!

what a low life.

I hope you lose your business. You are unethical.

Disgusted,
Rupert ▮▮▮▮

**From:** ████████████████████████  
**Subject:** Mac Shop
**Date:** October 21, 2020 at 5:42 PM
**To:** nfo@demacshop.com

Just ost my bus ness, and I w  be sure to spread the word on soc a  med a about your  mpropr ety. You shou d be ashamed of yourse f.

Sent w th ProtonMa  Secure Ema .

**From:** █████████████████████
**Subject:** Repa r
**Date:** October 21, 2020 at 2:59 PM
**To:** nfo@demacshop.com



How does a b nd p ece of sh t boot cker repa r computers?

**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Subject:** STOLEN LAPTOPS
**Date:** October 15, 2020 at 5:40 PM
**To:** nfo@demacshop.com



It's obv ous you cannot be trusted w th the contents of your customer's  aptops. You can be sure that a   of the B den's supporters, fam  y and fr ends, wh ch  s a most everyone  n De aware w    no  onger be do ng bus ness w th you.

I  mag ne you'   be bankrupt and out of bus ness short y. Good r ddance.

**From:** ▮
**Subject:** unconsc onab e
**Date:** October 15, 2020 at 8:09 AM
**To:** nfo@demacshop.com

W   never go to your shop aga n.

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 
**Subject:** URGENT: E ect on Interference
**Date:** October 15, 2020 at 5:44 AM
**To:** nfo@demacshop.com

Teamed-up w th G u an and Russ a to nterfere n the most consequent a e ect on of our t me, eh?

You are a scumbag and tra tor

A  you' now know  s a rea ty co oured by that truth. The same w  sure y be made true of your fam y. Noth ng w  be the same aga n

Act ons have consequences, as you're about to  earn

I wou d not be you r ght now for a m  on bucks

- Fate