EFiled: Oct 17 2022 03:57PM EDT
Transaction ID 68264385
Case No. S22C-10-012 CAK

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, | ) |
| POLITICO LLC, AND | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendants. | ) |

## PRAECIPE

TO:   COLLEEN REDMOND, PROTHONOTARY
NEW CASTLE COUNTY COURTHOUSE
414 FEDERAL STREET
DOVER, DE 19901

Please docket the attached Complaint and related pleadings and issue a Summons to the Sheriff of New Castle County directing him to serve the Complaint and related pleadings so that service may be affected upon the above-named Defendants, Cable News Network, INC. by their registered agent, The Corporation Trust Company, 1209 Orange St. Wilmington DE, 19801 and Defendant Adam Bennett Schiff, with the last known address of 8204 Windsor View Terrace, Potomac, Maryland 20854, and Politico LLC by its Registered Agent, Corporation Service Company, 251 Little Falls

Drive, Wilmington DE, 19808 and Robert Hunter Biden, whose service address will be established in the future, by forwarding a copy to the Sheriff of New Castle County for service at the above address.

        **THE POLIQUIN FIRM LLC**

        */s/ Ronald G. Poliquin, Esquire*
        Ronald G Poliquin, Esquire
        DE I.D. No.: 4447
        1475 S. Governors Avenue
        Dover, DE 19904
        Attorney for Plaintiff John Isaac

DATED: October 17, 2022