EFiled: Oct 19 2022 02:30PM EDT
Transaction ID 68275985
Case No. S22C-10-012 CAK

<u>Brian R. Della Rocca</u> hereby certifies:

1. That the applicant shall be bound by the Delaware Lawyers' Rules of Professional Conduct.

2. That applicant and all attorneys of the applicant's firm who directly or indirectly provide services to the party or cause at issue shall be bound by all Rules of the Court.

3. That applicant has reviewed the Statement of Principles of Lawyer Conduct.

4. That applicant consents to the appointment of the Clerk of the Supreme Court as agent upon whom service of process may be made for all actions, including disciplinary actions, that may arise out of the practice of law under this Rule and any activities related thereto.

5. The applicant has not appeared in any actions in courts of record of Delaware in the preceding twelve (12) months.

6. Applicant does not maintain an office in the State of Delaware.

7. That applicant is a member in good standing of the bar of the State of Maryland.

8. Applicant has not been disbarred or suspended and is not the object of any pending disciplinary proceedings in any jurisdiction where the applicant has been admitted generally, pro hac vice, or any other way.

9. Applicant is admitted for the practice of law in the following states or other jurisdictions: District of Columbia, U.S. District Court for District of Maryland, U.S. District Court for District of Columbia, U.S. Court of Appeals for the Second Circuit.

10. Payment for the pro hac vice application assessment in the amount determined by the Delaware Supreme Court under Rule 72(b)(vi) is attached for deposit in the Delaware Supreme Court registration fund to be distributed as the Supreme Court directs pursuant to Rule 71.

Dated: October 17, 2022

/s/ Brian R. Della Rocca
Brian R. Della Rocca
Compass Law Partners
51 Monroe Street, Suite 408
Rockville, Maryland 20850
Ph: (240) 560-3030
Fax: (301) 740-2297
bdellarocca@compass-law.com