EFiled: Oct 19 2022 02:30PM EDT
Transaction ID 68275985
Case No. S22C-10-012 CAK

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC<br><br>    Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC. AND<br>ROBERT HUNTER BIDEN<br><br>    Defendant. | )<br>)<br>)  C.A. NO: S22C-10-012 CAK<br>)<br>)<br>)<br>)<br>)  TRIAL BY JURY OF<br>)  TWELVE DEMANDED<br>)<br>) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned counsel will present the attached Motion for Admission Pro Hac Vice of Brian R. Della Rocca, of the firm Compass Law Partners, 51 Monroe Street, Suite 408, Rockville MD 20850 at the convenience of the Court.

**THE POLIQUIN FIRM, LLC**

*/s/ Ronald G. Poliquin*

RONALD G. POLIQUIN, ESQUIRE
Delaware Bar ID No. 4447
1475 S. Governors Ave.
Dover, DE 19904
(302) 702-5500
ron@poliquinfirm.com
*Attorney for Plaintiff*

Dated: October 19, 2022