EFiled: Oct 19 2022 02:30PM EDT
Transaction ID 68275985
Case No. S22C-10-012 CAK

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC. AND<br>ROBERT HUNTER BIDEN<br><br>Defendants. | Case No. S22C-10-012 CAK |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

<u>Ronald G. Poliquin</u>, a member of the Delaware Supreme Court bar, pursuant to Rule 71, moves the admission pro hac vice of <u>Brian R. Della Rocca</u> to represent <u>Plaintiff John Paul Mac Isaac</u> in this action. Movant certifies that Movant finds the applicant to be a reputable and competent attorney, and Movant is in a position to recommend the applicant's admission. The applicant is admitted, practicing, and in good standing in the State of Maryland.

THE POLIQUIN FIRM, LLC.

/s/ Ronald G. Poliquin
RONALD G. POLIQUIN, ESQUIRE
Delaware Bar ID No. 4447
1475 S. Governors Ave.
Dover, DE  19904
(302) 702-5500
*Attorney for Plaintiff*

Dated:  October 19, 2022