EFiled: Oct 19 2022 03:34PM EDT
Transaction ID 68277386
Case No. S22C-10-012 CAK

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | |
|---|---|
| JOHN PAUL MAC ISAAC ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. S22C-10-012 CAK |
| CABLE NEWS NETWORK, INC., ) | |
| ADAM BENNETT SCHIFF, ) | |
| POLITICO LLC. AND ) | |
| ROBERT HUNTER BIDEN ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

The foregoing application for admission to practice in this action pro hac vice of Brian R. Della Rocca is hereby granted.

IT IS SO ORDERED this _____ day of _____, 2022.

_____
JUDGE