EFiled: Oct 20 2022 10:49AM EDT
Transaction ID 68280468
Case No. S22C-10-012 CAK

EFiled: Oct 19 2022 03:34PM EDT
Transaction ID 68277386
Case No. S22C-10-012 CAK

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. S22C-10-012 CAK |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, | ) |
| POLITICO LLC. AND | ) |
| ROBERT HUNTER BIDEN | ) |
| | ) |
| Defendants. | ) |

### PROPOSED ORDER

The foregoing application for admission to practice in this action pro hac vice of Brian R. Della Rocca is hereby granted.

IT IS SO ORDERED this 20th day of October, 2022.

_____
JUDGE

FILED PROTHONOTARY
SUSSEX COUNTY
2022 OCT 20 A 10: 31