EFiled: Nov 18 2022 03:29PM EST
Transaction ID 68406840
Case No. S22C-10-012 CAK

## IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. S22C-10-012 CAK |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, | ) |
| POLITICO LLC, AND | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| **Defendants.** | ) |

## SUMMONS

STATE OF DELAWARE
TO THE POLIQUIN FIRM;
YOU ARE COMMANDED:

To summon the above-named Defendants so that within 20 days after service hereof upon the Defendants, exclusive of the date of service, the Defendants shall serve upon Ronald G. Poliquin, Esquire, Plaintiff's attorney, whose address is 1475 S. Governors Ave., Dover, Delaware 19904, an Answer to the Complaint.

To serve upon the Defendants a copy hereof of the Complaint (and of the Affidavit of Demand if any has been filed by the Plaintiff).


DATED:                                                    MYRTLE A. THOMAS
                                                          PROTHONOTARY


_____                    _____
                                                          Per Deputy

**TO THE ABOVE-NAMED DEFENDANTS:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above an Answer to the Complaint, judgment by default will be rendered against you for the relief demanded in the Complaint.

DATED:                                              <u>MYRTLE A. THOMAS</u>
                                                    PROHONOTARY

_____                                     _____

                                                    Per Deputy