EFiled: Nov 28 2022 02:25PM EST
Transaction ID 68443965
Case No. S22C-10-012 CAK

EFiled: Nov 18 2022 03:29PM EST
Transaction ID 68406840
Case No. S22C-10-012 CAK

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. S22C-10-012 CAK |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, | ) |
| POLITICO LLC, AND | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendants. | ) |

STATE OF DELAWARE,
TO THE SHERIFF OF NEW CASTLE:
YOU ARE COMMANDED:

To summon the above-named Defendants so that within 20 days after service hereof upon the Defendants, exclusive of the date of service, the Defendants shall serve upon Ronald G. Poliquin, Esquire, Plaintiff's attorney, whose address is 1475 S. Governors Ave., Dover, Delaware 19904, an Answer to the Complaint.

To serve upon the Defendants a copy hereof of the Complaint (and of the Affidavit of Demand if any has been filed by the Plaintiff).

DATED:

NOV 2 8 2022

MYRTLE A. THOMAS
PROTHONOTARY

Per Deputy

**TO THE ABOVE-NAMED DEFENDANTS:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above an Answer to the Complaint, judgment by default will be rendered against you for the relief demanded in the Complaint.

DATED:

NOV 2 8 2022

MYRTLE A. THOMAS
PROTHONOTARY

Per Deputy