EFiled: Dec 05 2022 11:40AM EST
Transaction ID 68503548
Case No. S22C-10-012 CAK



**Sheriff's Office**
800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delawa
New Castle County
**Scott T. Phillips**
Sheriff

12/5/2022

**Court Case # S22C-10-012 CAK**
Sheriff # 22-008163

Summons and Complaint

### JOHN PAUL MAC ISAAC
### vs
### CABLE NEWS NETWORK, INC, ADAM BENNETT SCHIFF, POLITICO LLC, AND ROBERT HUNTER BIDEN

Entity - POLITICO LLC

On 12/2/2022 at 11:01 AM a copy of the within writ together with a copy of the Summons and Complaint were served upon Litigation Management Representative, a representative for the registered agent CORPORATION SERVICE COMPANY 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 .

Fees Paid: $30.00

Per: Deputy Sheriff, Steven Elliott

SO ANS;

*Scott N Phillips*
SHERIFF

PER   Janice Frisby-Dowe