EFiled: Dec 08 2022 02:56PM EST
Transaction ID 68540020
Case No. S22C-10-012 CAK

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC. AND<br>ROBERT HUNTER BIDEN<br><br>Defendants. | C.A. No. S22C-10-012 CAK |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearances of David J. Margules and Lauren P. Russell, of Ballard Spahr LLP, as counsel for Defendant Politico LLC in the above-captioned action.

Dated: December 8, 2022

BALLARD SPAHR LLP

/s/ David J. Margules
David J. Margules (DE Bar No. 2254)
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel.: (302) 252-4465
Email: margulesd@ballardspahr.com

Lauren P. Russell (DE Bar No. 6576)
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel: (202) 661-7605
russelll@ballardspahr.com

*Counsel for Defendant Politico LLC*

**EFiled: Dec 08 2022 02:56PM EST**
**Transaction ID 68540020**
**Case No. S22C-10-012 CAK**

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2022, I caused a true and correct copy of the foregoing *Entry of Appearance* to be served by File & Serve*Xpress* upon the following counsel of record:

> Ronald G. Poliquin, Esquire
> The Poliquin Firm LLC
> 1475 S. Governors Ave.
> Dover, DE 19904

> */s/ David J. Margules*
> David J. Margules (#2254)