EFiled:  Dec 14 2022 02:48PM EST
Transaction ID 68609964
Case No. S22C-10-012 CAK

# CERTIFICATION OF KAITLIN M. GURNEY

Kaitlin M. Gurney hereby certifies that:

1.     I am a member of good standing of the Bar of the Commonwealth of Pennsylvania;

2.     I shall be bound by the Delaware Lawyers' Rules of Professional Conduct and have reviewed the Statement of Principles of Lawyer Conduct;

3.     I, and all attorneys of my firm who directly or indirectly provide services to the party or cause at issue shall be bound by all Rules of this Court;

4.     I consent to the appointment of the Prothonotary as agent upon whom service of process may be made for all actions, including disciplinary actions, that may arise out of the practice of law under this rule and any activities related thereto;

5.     In the last twelve (12) months, I have appeared in no action in courts of record of Delaware;

6.     Payment for *pro hac vice* admission assessment in the amount of four hundred and forty dollars ($440.00) will be provided for deposit pursuant to Superior Court Civil Rule 90.1;

7.     I have not been disbarred or suspended, and am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way;

8.      I am or have been admitted generally in the following states or other jurisdictions: The Commonwealth of Pennsylvania (PA 309581), the United States District Court for the Eastern District of Pennsylvania; and the United States Court of Appeals for the Third Circuit.

9.      My firm maintains an office at 919 N. Market Street, 11th Floor, Wilmington, DE 19801, but I do not personally maintain an office in the State of Delaware.

Dated:  December 14, 2022

_____
Kaitlin M. Gurney