EFiled: Dec 14 2022 02:48PM EST
Transaction ID 68609964
Case No. S22C-10-012 CAK

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC, AND<br>ROBERT HUNTER BIDEN,<br><br>　　　　Defendants. | C.A. No. S22C-10-012 CAK |

## MOTION FOR ADMISSION PRO HAC VICE
## OF KAITLIN M. GURNEY

I, David J. Margules, a member of the Delaware Bar, pursuant to Rule 90.1, move for the admission *pro hac vice* of Kaitlin M. Gurney, Esquire, of Ballard Spahr LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599 to represent Defendant Politico LLC in this action. I certify that I find the applicant to be a reputable and competent attorney and I am in a position to recommend Ms. Gurney's admission. Ms. Gurney is admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania.

Dated: December 14, 2022

BALLARD SPAHR LLP

*/s/ David J. Margules*
David J. Margules (DE Bar No. 2254)
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel.: (302) 252-4465

Email: margulesd@ballardspahr.com

Lauren P. Russell (DE Bar No. 6576)
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel: (202) 661-7605
russelll@ballardspahr.com

*Counsel for Defendant Politico LLC*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, I caused a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice of Kaitlin Gurney* to be served by File & Serve*Xpress* upon the following counsel of record:

   Ronald G. Poliquin, Esquire
   The Poliquin Firm LLC
   1475 S. Governors Ave.
     Dover, DE 19904

                                  */s/ David J. Margules*
                                  David J. Margules (#2254)