EFiled: Dec 14 2022 02:48PM EST
Transaction ID 68609964
Case No. S22C-10-012 CAK

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC, AND<br>ROBERT HUNTER BIDEN,<br><br>Defendants. | C.A. No. S22C-10-012 CAK |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached Motion for Admission *Pro Hac Vice* of Kaitlin M. Gurney will be presented at the convenience of the Court.

Dated: December 14, 2022

BALLARD SPAHR LLP

/s/ *David J. Margules*
David J. Margules (DE Bar No. 2254)
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel.: (302) 252-4465
Email: margulesd@ballardspahr.com

Lauren P. Russell (DE Bar No. 6576)
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel: (202) 661-7605
russelll@ballardspahr.com

*Counsel for Defendant Politico LLC*