EFiled:  Dec 14 2022 02:48PM EST
Transaction ID 68609964
Case No. S22C-10-012 CAK

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

JOHN PAUL MAC ISAAC,

      Plaintiff,

    v.

CABLE NEWS NETWORK, INC.,
ADAM BENNETT SCHIFF,
POLITICO LLC, AND
ROBERT HUNTER BIDEN,

      Defendants.

C.A. No. S22C-10-012 CAK

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, this ___ day of _____, 2022, that the forgoing application of Kaitlin M. Gurney, Esquire, for admission to practice in this action *Pro Hac Vice* is GRANTED.

_____
The Honorable Craig A. Karsnitz
Presiding Superior Court Judge