EFiled: Dec 16 2022 09:03AM EST
Transaction ID 68635924
Case No. S22C-10-012 CAK

EFiled: Dec 15 2022 12:44PM EST
Transaction ID 68620464
Case No. S22C-10-012 CAK

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC, AND<br>ROBERT HUNTER BIDEN,<br><br>　　　　Defendants. | C.A. No. S22C-10-012 CAK |

### JOINT STIPULATION AND [PROPOSED] ORDER FOR RESPONSE DATE AND TO EXCEED BRIEFING PAGE LIMIT

Plaintiff John Paul Mac Isaac ("Plaintiff") and Defendant Politico LLC ("Defendant Politico," and collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Defendant Politico has up to and until January 20, 2023 to respond to the Complaint.

The Parties further stipulate that a Motion to Dismiss filed by Defendant Politico may exceed the four (4) page limitation for dispositive motions pursuant to the guidelines and may be allowed to file a brief not to exceed 15 pages. Plaintiff may be allowed to file a response not to exceed 15 pages.

Finally, the Parties stipulate and agree that because any such motion

practice will require full briefing pursuant to Superior Court Civil Rule 107, Defendant Politico may file a reply brief in support of a motion to dismiss not to exceed 7 pages.

**JOINT STIPULATION ACKNOWLEDGED AND AGREED TO BY:**

Dated: December 15, 2022

| COMPASS LAW PARTNERS | BALLARD SPAHR LLP |
|---|---|
| /s/ Brian Della Rocca | /s/ David J. Margules |
| Brian Della Rocca | David J. Margules (DE Bar No. 2254) |
| 51 Monroe Street, Suite 408 | 919 N. Market Street, 11th Floor |
| Rockville, MD | Wilmington, DE 19801 |
| Tel.: (240) 560-3030 | Tel.: (302) 252-4465 |
| Email: bdellarocca@compass-law.com | Email: margulesd@ballardspahr.com |
| | |
| THE POLIQUIN FIRM LLC | Lauren P. Russell (DE Bar No. 6576) |
| Ronald G. Poliquin (DE Bar No. 4447) | 1909 K Street, NW, 12th Floor |
| 1475 S. Governors Ave. | Washington, DC 20006-1157 |
| Dover, DE 19904 | Tel: (202) 661-7605 |
| Tel.: (302) 702-5501 | russelll@ballardspahr.com |
| Email: ron@poliquinfirm.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant Politico LLC* |

Dated: December 16, 2022

FILED PROTHONOTARY
SUSSEX COUNTY
2022 DEC 16 A 8:03

**APPROVED AND SO ORDERED:**

The Honorable Craig A. Karsnitz

2