EFiled: Dec 16 2022 09:31AM EST
Transaction ID 68636105
Case No. S22C-10-012 CAK

EFiled: Dec 14 2022 02:48PM EST
Transaction ID 68609964
Case No. S22C-10-012 CAK

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, <br><br> Plaintiff, <br><br> v. <br><br> CABLE NEWS NETWORK, INC., ADAM BENNETT SCHIFF, POLITICO LLC, AND ROBERT HUNTER BIDEN, <br><br> Defendants. | C.A. No. S22C-10-012 CAK |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED, this 16th day of December, 2022, that the forgoing application of Kaitlin M. Gurney, Esquire, for admission to practice in this action *Pro Hac Vice* is GRANTED.

_____
The Honorable Craig A. Karsnitz
Presiding Superior Court Judge

FILED PROTHONOTARY SUSSEX COUNTY
2022 DEC 16 A 8:53