EFiled: Dec 22 2022 01:50PM EST
Transaction ID 68719950
Case No. S22C-10-012 CAK

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN PAUL MAC ISAAC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. S22C-10-012 CAK |
| | ) | |
| CABLE NEWS NETWORK, INC., | ) | |
| ADAM BENNETT SCHIFF, POLITICO | ) | |
| LLC and ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, David J. Soldo, hereby certify this 22nd day of December, 2022, that a copy of the attached Entry of Appearance was served electronically by File & Serve*Xpress* on the following counsel of record:

Ronald G. Poliquin (#4447)  
The Poliquin Firm LLC  
1475 S. Governors Ave.  
Dover, DE  19904  
*Attorneys for Plaintiff*

David J. Margules (#2254)  
Lauren P. Russell (#6576)  
Ballard Spahr LLP  
919 N. Market Street, 11th Floor  
Wilmington, DE  19801  
*Attorneys for Defendant Politico LLC*

/s/ David J. Soldo  
David J. Soldo (#4309)

13961813/1