EFiled: Dec 22 2022 01:50PM EST
Transaction ID 68719950
Case No. S22C-10-012 CAK

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. S22C-10-012 CAK |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC and ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of David J. Soldo, Esquire, on behalf of Defendant, Cable News Network, Inc. This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon defendant. Defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defenses which may be available.

                                                          MORRIS JAMES LLP

                                                          */s/ David J. Soldo*
                                                          David J. Soldo (#4309)
                                                          dsoldo@morrisjames.com
                                                          500 Delaware Avenue, Suite 1500
                                                         Wilmington, DE 19801-1494
                                                          (302)888-6950
                                                          dsoldo@morrisjames.com

                                                          *Attorneys for Defendant Cable News Network, Inc.*

Dated: December 22, 2022

13961807/1