EFiled: Jan 03 2023 01:40PM EST
Transaction ID 68780769
Case No. S22C-10-012 CAK

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. S22C-10-012 CAK ) |
| CABLE NEWS NETWORK, INC., ADAM BENNETT SCHIFF, POLITICO LLC and ROBERT HUNTER BIDEN, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF ALISON SCHARY, ESQUIRE

I, David J. Soldo, a member of the Bar of the State of Delaware, hereby move pursuant to Rule 90.1 for the admission *pro hac vice* of Alison Schary, Esquire, as attorney for Defendant Cable News Network, Inc., in the above-captioned action. In support thereof, I represent that to the best of my knowledge and belief that attorney, Alison Schary is a member of the Bar of the District of Columbia, with an office located at Davis Wright Tremaine LLP, 1301 K Street NW, Suite 500 East, Washington, DC 20005. Ms. Schary is and has been a member in good standing of the Bar of District of Columbia since 2013.

                                MORRIS JAMES LLP

                                <u>/s/  *David J. Soldo*          </u>
                                David J. Soldo (#4309)
                                dsoldo@morrisjames.com
                                500 Delaware Avenue, Suite 1500
                                Wilmington, DE  19801-1494
                                (302)888-6950
                                dsoldo@morrisjames.com

                                *Attorneys for Defendant Cable News Network, Inc.*

Dated: January 3, 2023

13958165/1