EFiled: Jan 03 2023 01:40PM EST
Transaction ID 68780769
Case No. S22C-10-012 CAK

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. S22C-10-012 CAK |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC and ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION FOR ADMISSION
### *PRO HAC VICE* OF ALISON SCHARY, ESQUIRE

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the attached Motion for Admission *Pro Hac Vice* of Alison Schary, Esquire, will be presented to Court at the convenience of the Court and counsel.

MORRIS JAMES LLP

/s/  *David J. Soldo*
David J. Soldo (#4309)
dsoldo@morrisjames.com
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
(302)888-6950
dsoldo@morrisjames.com

*Attorneys for Defendant Cable News Network, Inc.*

Dated: January 3, 2023

13958178/1