EFiled: Jan 03 2023 01:40PM EST
Transaction ID 68780769
Case No. S22C-10-012 CAK

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. S22C-10-012 CAK |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC and ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, David J. Soldo, hereby certify this 3rd day of January, 2023, that a copy of the attached Motion for *Pro Hac Vice* admission was served electronically by File & Serve*Xpress* on the following counsel of record:

Ronald G. Poliquin (#4447)
The Poliquin Firm LLC
1475 S. Governors Ave.
Dover, DE  19904
*Attorneys for Plaintiff*

David J. Margules (#2254)
Lauren P. Russell (#6576)
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801
*Attorneys for Defendant Politico LLC*

/s/ David J. Soldo
David J. Soldo (#4309)

13958169/1