EFiled: Jan 03 2023 01:46PM EST
Transaction ID 68782069
Case No. S22C-10-012 CAK

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. S22C-10-012 CAK |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC and ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF HILARY ORAN, ESQUIRE

I, David J. Soldo, a member of the Bar of the State of Delaware, hereby move pursuant to Rule 90.1 for the admission *pro hac vice* of Hilary Oran, Esquire, as attorney for Defendant Cable News Network, Inc., in the above-captioned action. In support thereof, I represent that to the best of my knowledge and belief that attorney, Hilary Oran is a member of the Bar of the State of New York, with an office located at Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104. Ms. Oran is and has been a member in good standing of the Bar of the State of New York since 2018.

2

          MORRIS JAMES LLP

          /s/  *David J. Soldo*
          David J. Soldo (#4309)
          dsoldo@morrisjames.com
          500 Delaware Avenue, Suite 1500
          Wilmington, DE  19801-1494
          (302)888-6950
          dsoldo@morrisjames.com

          *Attorneys for Defendant Cable News Network, Inc.*

Dated: January 3, 2023

13958267/1