EFiled: Jan 03 2023 01:46PM EST
Transaction ID 68782069
Case No. S22C-10-012 CAK

## CERTIFICATION OF HILARY ORAN, ESQUIRE

## PURSUANT TO RULE 90.1

I, Hilary Oran, pursuant to Rule 90.1, hereby certify that:

1. I am a member in good standing of the Bar of the State of New York.

2. If admitted *pro hac vice* for purposes of the above-captioned civil action, I consent to be bound by Delaware Lawyers' Rules of Professional Conduct and I have reviewed the Delaware State Bar Association Principles of Professionalism for Delaware Lawyers.

3. I and all attorneys of my firm who directly or indirectly provide services to the party or cause at issue agree to be bound by all Rules of the Court.

4. I hereby consent to the appointment of the Clerk of the Supreme Court as my agent upon whom service of process may be made for all actions, including disciplinary actions, that may arise out of the practice of law by me under Rule 71 and any activities related thereto.

5. In the preceding twelve (12) months, I have not appeared in any actions in Delaware.

6. I do not maintain an office in the State of Delaware.

7. Payment for the *pro hac vice* application assessment in the amount determined by the Delaware Supreme Court Rule 72(b)(vi) is attached for deposit in the Delaware Supreme Court Registration Fund, to be distributed as the

**Error! Unknown document property name.**

Supreme Court directs pursuant to Rule 71.

8. I have not been disbarred or suspended and am not the object of pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.

9. I am generally admitted in the following jurisdiction(s): State Bar of New York, U.S. District Court Southern District of New York, and U.S. District Court Eastern District of New York.

_____
HILARY ORAN

Dated:

**Error! Unknown document property name.**