EFiled: Jan 17 2023 10:30AM EST
Transaction ID 68898784
Case No. S22C-10-012 RHR

**STATE OF DELAWARE**
**SUPERIOR COURT**

**Myrtle A. Thomas**
Prothonotary, Sussex County

Sussex County Courthouse
1 The Circle, Suite 2
Georgetown, DE 19947

MAIN: 302-8../....
FAX: 302-856-5973
TTY: 302-856-5895

courts.delaware.gov/superior

January 17, 2023

Ronald G Poliquin, Esq
The Poliquin Firm Llc
1475 South Governors Avenue
Dover DE 19904

David J Margules, Esq
Ballard Spahr Llp
919 N. Market Street
11th Floor
Wilmington DE 198010000

David J Soldo, Esq
Morris James Llp
500 Delaware Ave., Ste. 1500
P.O. Box 2306
Wilmington DE 198992306

Lauren P Russell, Esq
Ballard Spahr Llp
1909 K St. Nw
Washington DC 20006

**RE:   JOHN PAUL MAC ISAAC V. CABLE NEWS NETWORK**
     **Civil Action Number: S22C-10-012 - RHR**

Dear Counsel:

As of this date the above captioned case has been reassigned to Judge Robert H Robinson. Please remember that on all further documents and filings in this case; counsel must reference the assigned Judge by including the Judge's initials (**RHR**) as a suffix to the civil action number.

If you have any questions regarding this matter, please call Marco Suarez, Judicial Case Manager, at 302-855-7032

Sincerely,

/s/ Graciela Garcia – Miguel

Graciela Garcia – Miguel
Judicial Case Manager