

EFiled: Jan 19 2023 12:04PM EST
Transaction ID 68930163
Case No. S22C-10-012 RHR

EFiled: Jan 03 2023 01:40PM EST
Transaction ID 68780769
Case No. S22C-10-012 CAK

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. S22C-10-012 CAK |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC and ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

IT IS HEREBY ORDERED this _18th_ day of January, 2023, that the foregoing application of Alison Schary, Esquire for admission to practice in this action *pro hac vice* is GRANTED.

_____
The Honorable Craig A. Karsnitz
Robert Bronson

FILED 2023 JAN 18 A 9:47

13958168/1