

EFiled: Jan 19 2023 12:06PM EST
Transaction ID 68930179
Case No. S22C-10-012 RHR

EFiled: Jan 03 2023 01:46PM EST
Transaction ID 68782069
Case No. S22C-10-012 CAK

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. S22C-10-012 CAK |
| ) | |
| CABLE NEWS NETWORK, INC., ) | |
| ADAM BENNETT SCHIFF, POLITICO ) | |
| LLC and ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendants. ) | |

### ORDER

IT IS HEREBY ORDERED this 18th day of January, 2023, that the foregoing application of Hilary Oran, Esquire for admission to practice in this action *pro hac vice* is GRANTED.

_____
The Honorable ~~Craig A. Karsnitz~~
Robert Robinson

FILED 2023 JAN 18 A 9:47

13958279/1