

**EFiled: Jan 19 2023 12:21PM EST**
**Transaction ID 68930324**
**Case No. S22C-10-012 RHR**

**STATE OF DELAWARE**
**SUPERIOR COURT**

**Myrtle A. Thomas**
Prothonotary, Sussex County

Sussex County Courthouse
1 The Circle, Suite 2
Georgetown, DE 19947

MAIN: 302-855-7055
FAX: 302-856-5973
TTY: 302-856-5895
courts.delaware.gov/superior

January 19, 2023

Ronald G. Poliquin, Esquire
The Poliquin Firm LLC
1475 South Governors Avenue
Dover, DE 19904

Re:   **JOHN PAUL MAC ISAAC VS CABLE NEWS NETWORK, INC. ET AL.**
      **Civil Action Number: S22C-10-012 - RHR**
      **Summons - Time Limit for Service**

Dear Mr. Poliquin:

According to the civil docket, the above-captioned case has been pending in Superior Court for more than ninety (90) days without proof of effective service of the summons and complaint upon defendants, <u>Adam Bennett Schiff and Robert Hunter Biden</u>. You have until the 120th day after filing to accomplish service upon the defendants or provide the Court with a written explanation of good cause why service has not been made within 120 days after the filing of the complaint.

If no proof of service or written explanation regarding service is received by the 120th day after filing, in accordance with Superior Court Civil Rule 4(j), plaintiff's action against said defendants will be dismissed by the Court.

Sincerely,

*/s/ Marco I Suarez*

Marco I Suarez,
Judicial Case Manager

---

No action having been taken in accordance with the above; **IT IS SO ORDERED** that plaintiff's action(s) against defendants, Adam Bennett Schiff and Robert Hunter Biden, in this case, is hereby dismissed on this _____ day of _____, 2023.

_____
Judge Robert H. Robinson, Jr.