

EFiled: Jan 20 2023 09:40AM EST
Transaction ID 68940380
Case No. S22C-10-012 RHR

EFiled: Dec 22 2022 01:54PM EST
Transaction ID 68719980
Case No. S22C-10-012 CAK

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. S22C-10-012 CAK |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC and ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND [PROPOSED] ORDER GOVERNING EXTENSION OF RESPONSE DATE AND BRIEFING SCHEDULE

Plaintiff John Paul Mac Isaac ("Plaintiff") and Defendant, Cable News Network, Inc. ("CNN" and collectively "the Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, that:

1. CNN has an extension of time, up to and until January 20, 2023 to respond to the Complaint.

2. The Parties further stipulate that any Motion to Dismiss filed by CNN may be accompanied by supporting briefs, filed in accordance with *Delaware Superior Court Civil Rule* 107, and that the following brief schedule will apply:

   a. CNN shall file its Opening Brief by January 20, 2023

   b. Plaintiff shall file his Answering Brief by February 21, 2023.

   c. CNN shall file its Reply Brief by March 15, 2023.

Unknown

| | |
|---|---|
| THE POLIQUIN FIRM LLC | MORRIS JAMES LLP |
| /s/ *Ronald G. Poliquin* * | /s/ *David J. Soldo* |
| Ronald G. Poliquin (#4447) | David J. Soldo (#4309) |
| 1475 S. Governor's Avenue | dsoldo@morrisjames.com |
| Dover, DE 19904 | 500 Delaware Avenue, Suite 1500 |
| (302) 702-5501 | Wilmington, DE 19801-1494 |
| ron@poliquinfirm.com | (302) 888-6950 |
| | dsoldo@morrisjames.com |

COMPASS LAW PARTNERS
Brian Della Rocca
51 Monroe Street, Suite 408
Rockville, MD
(240) 560-3030
bdellarocca@compass-law.com

*Attorneys for Defendant Cable News Network, Inc.*

*Attorneys for Plaintiff*

Dated: December 22, 2022

\* Ronald G. Poliquin, Esquire gave David J. Soldo, Esquire permission to electronically sign his name to this Stipulation.

IT IS SO ORDERED, this 19th day of January, 2023.

_____
The Honorable ~~Craig A. Karsnitz~~