EFiled: Jan 20 2023 03:50PM EST
Transaction ID 68947480
Case No. S22C-10-012 RHR

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. S22C-10-012 RHR |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, | ) |
| POLITICO LLC, ROBERT | ) |
| HUNTER BIDEN, AND | ) |
| <u>BFPCC, INC</u> | ) |
| **Defendants.** | ) |

**STATE OF DELAWARE,**
**TO THE SHERIFF OF NEW CASTLE:**
**YOU ARE COMMANDED:**

To summon the above-named Defendants so that within 20 days after service hereof upon the Defendants, exclusive of the date of service, the Defendants shall serve upon Ronald G. Poliquin, Esquire, Plaintiff's attorney, whose address is 1475 S. Governors Ave., Dover, Delaware 19904, an Answer to the Amended Complaint.

To serve upon the Defendants a copy hereof of the Amended Complaint (and of the Affidavit of Demand if any has been filed by the Plaintiff).

DATED:                                             <u>MYRTLE A. THOMAS</u>
                                                   PROTHONOTARY


_____                           _____
                                                   Per Deputy

**TO THE ABOVE-NAMED DEFENDANTS:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above an Answer to the Amended Complaint, judgment by default will be rendered against you for the relief demanded in the Amended Complaint.

DATED:                                                                  MYRTLE A. THOMAS
                                                                                                PROTHONOTARY

_____                                   _____
                                                                                                 Per Deputy