EFiled: Jan 23 2023 09:32AM EST
Transaction ID 68952769
Case No. S22C-10-012 RHR

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. S22C-10-012 RHR |
| ) | |
| CABLE NEWS NETWORK, INC., ) | |
| ADAM BENNETT SCHIFF, ) | |
| POLITICO LLC, ROBERT ) | |
| HUNTER BIDEN AND ) | |
| BFPCC, INC. ) | |
| Defendants. ) | |

## AMENDED PRAECIPE

TO:   Myrtle A. Thomas, Prothonotary
Sussex County Courthouse
1 The Circle, Suite 2
Georgetown, DE 19947

Please issue a Summons and a copy of the Complaint to the Plaintiff's counsel of record, commanding Plaintiff's counsel to summon and direct the below-named Defendants to answer the Complaint by serving the Defendants with the Summons and a copy of the Complaint at the Defendants' address:

(a) Adam Bennett Schiff, with the last known address of ▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ; and

(b) Robert Hunter Biden, whose service address will be established in the future.

Please have the Sheriff of New Castle County serve a copy of the Summons, Civil Case Information Statement, and Complaint, upon the following Defendants' Registered Agents at the following addresses:

(a) BFPCC, INC. by its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19201.

**THE POLIQUIN FIRM LLC**

*/s/ Ronald G. Poliquin, Esquire*
Ronald G Poliquin, Esquire
DE I.D. No.: 4447
1475 S. Governors Avenue
Dover, DE 19904
Attorney for Plaintiff

DATED: January 23, 2023