EFiled: Jan 23 2023 09:44AM EST
Transaction ID 68952847
Case No. S22C-10-012 RHR

EFiled: Jan 23 2023 09:32AM EST
Transaction ID 68952769
Case No. S22C-10-012 RHR



## IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. S22C-10-012 RHR |
| CABLE NEWS NETWORK, INC., ADAM BENNETT SCHIFF, POLITICO LLC., ROBERT HUNTER BIDEN and BFPCC, INC. | ) ) ) ) ) ) |
| Defendants. | ) |

### AMENDED SUMMONS

STATE OF DELAWARE
TO THE POLIQUIN FIRM;
YOU ARE COMMANDED:

To summon the above-named Defendants so that within 20 days after service hereof upon the Defendants, exclusive of the date of service, the Defendants shall serve upon Ronald G. Poliquin, Esquire, Plaintiff's attorney, whose address is 1475 S. Governors Ave., Dover, Delaware 19904, an Answer to the Complaint.

To serve upon the Defendants a copy hereof of the Complaint (and of the Affidavit of Demand if any has been filed by the Plaintiff).

DATED:  JAN 23 2023

MYRTLE A. THOMAS
PROTHONOTARY

Per Deputy

**TO THE ABOVE-NAMED DEFENDANTS:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above an Answer to the Complaint, judgment by default will be rendered against you for the relief demanded in the Complaint.

DATED:    MYRTLE A. THOMAS
          PROTHONOTARY

JAN 2 3 2023

_____
Per Deputy