EFiled:  Jan 24 2023 11:51AM EST
Transaction ID 68871170
Case No. S22C-10-012 RHR

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | |
|---|---|
| **JOHN PAUL MAC ISAAC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. S22C-10-012 RHR** |
| | ) |
| **CABLE NEWS NETWORK, INC.,** | ) |
| **ADAM BENNETT SCHIFF, POLITICO** | ) |
| **LLC, ROBERT HUNTER BIDEN and** | ) |
| **BFPCC, INC.** | ) |

## CERTIFICATE OF SERVICE

I certify that on this 24th day of January 2023, I caused to be served one (1) copy of the

foregoing Amended Complaint upon the following parties via Electronic Mail.

David J. Soldo
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6950
dsoldo@morrisjames.com

David J. Margules
919 N. Market Street, 11th Floor
Wilmington, DE 19801
(302) 252-4465
margulesd@ballardspahr.com

Lauren P. Russell
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
(202) 661-7605
russelll@ballardspahr.com

**THE POLIQUIN FIRM, LLC**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No.  4447
1475 S. Governors Ave.
Dover, DE  19904
302-702-5501
*Attorney for Plaintiff Mac Isaac*