

EFiled: Jan 27 2023 03:56PM EST
Transaction ID 69017270
Case No. S22C-10-012 RHR

EFiled: Jan 26 2023 09:57AM EST
Transaction ID 68997637
Case No. S22C-10-012 RHR

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. S22C-10-012 RHR |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC, ROBERT HUNTER BIDEN and | ) |
| BFPCC, Inc. | ) |
| | ) |
| Defendants. | ) |

### AMENDED STIPULATION AND [PROPOSED] ORDER GOVERNING BRIEFING SCHEDULE

Plaintiff John Paul Mac Isaac ("Plaintiff") and Defendants, Politico LLC ("Politico") and Cable News Network, Inc. ("CNN"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, that:

1. CNN and Politico filed separate stipulations to briefing schedules with Plaintiff on any motions to dismiss Plaintiff's Complaint, with Opening Briefs due on January 20, 2023.

2. Plaintiff filed an Amended Complaint on January 20, 2023;

3. The Parties stipulate that any Motion to Dismiss Plaintiff's Amended Complaint filed by CNN and or Politico may be accompanied by supporting briefs, filed in accordance with *Delaware Superior Court Civil Rule* 107, and that the following amended briefing schedule will apply:

14006546/1

   a. CNN and Politico shall file their Opening Briefs by January 30, 2023;

   b. Plaintiff shall file his Answering Briefs by March 1, 2023; and,

   c. CNN and Politico shall file their Reply Briefs by March 24, 2023.

| | |
|---|---|
| THE POLIQUIN FIRM LLC | MORRIS JAMES LLP |
| /s/ Ronald G. Poliquin *<br>Ronald G. Poliquin (#4447)<br>1475 S. Governor's Avenue<br>Dover, DE 19904<br>(302) 702-5501<br>ron@poliquinfirm.com | /s/ David J. Soldo<br>David J. Soldo (#4309)<br>dsoldo@morrisjames.com<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6950<br>dsoldo@morrisjames.com |
| COMPASS LAW PARTNERS<br>Brian Della Rocca<br>51 Monroe Street, Suite 408<br>Rockville, MD<br>(240) 560-3030<br>bdellarocca@compass-law.com | *Attorneys for Defendant Cable News Network, Inc.* |
| *Attorneys for Plaintiff* | BALLARD SPAHR LLP<br><br>/s/ David J. Margules *<br>David J. Margules (#2254)<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>(302) 252-4465 |
| Dated: January 25, 2023 | margulesd@ballardspahr.com |

* Ronald G. Poliquin, Esquire and David J. Margules, Esquire gave David J. Soldo, Esquire permission to electronically sign their names to this Stipulation.

   IT IS SO ORDERED, this 27th day of January, 2023.

                                         _____
                                         The Honorable Robert H. Robinson, Jr.

14006546/1