EFiled: Jan 30 2023 04:54PM EST
Transaction ID 69010021
Case No. S22C-10-012 RHR

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. S22C-10-012 RHR |
| ) | |
| CABLE NEWS NETWORK, INC., ) | |
| ADAM BENNETT SCHIFF, POLITICO ) | |
| LLC, ROBERT HUNTER BIDEN and ) | |
| BFPCC, INC., ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I, David J. Soldo, Esquire, hereby certify that on this 30th day of January, 2023, I caused copies of: (1) the *Notice of Defendant Cable News Network, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint;* (2) *Defendant Cable News Network, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint;* (3) *Opening Brief in Support of Motion to Dismiss Plaintiff's First Amended Complaint;* (4) *Declaration of Alison Schary with Exhibits 1 through 7;* (5) *Notice of Conventional Filing of Exhibit 6;* (6) *Certificate of Compliance;* (7) *[Proposed] Order;* and (8) this *Certificate of Service*, to be served upon the following counsel of record via File & Serve*Xpress*:

| | |
|---|---|
| Ronald G. Poliquin (#4447) | David J. Margules (#2254) |
| The Poliquin Firm LLC | Lauren P. Russell (#6576) |
| 1475 S. Governors Ave. | Ballard Spahr LLP |
| Dover, DE 19904 | 919 N. Market Street, 11th Floor |
| *Attorneys for Plaintiff* | Wilmington, DE 19801 |
| | *Attorneys for Defendant Politico LLC* |

*/s/ David J. Soldo*
David J. Soldo (#4309)

13986700/1