EFiled: Jan 30 2023 04:54PM EST
Transaction ID 69010021
Case No. S22C-10-012 RHR

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. S22C-10-012 RHR |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC, ROBERT HUNTER BIDEN and | ) |
| BFPCC, INC., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF ALISON SCHARY IN SUPPORT OF DEFENDANT CABLE NEWS NETWORK, INC.'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Alison Schary, hereby declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, counsel for Defendant Cable News Network, Inc. ("CNN"). I make this declaration in order to annex exhibits relied upon in CNN's Motion to Dismiss Plaintiff's First Amended Complaint. I believe the statements made to be true and accurate.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of an October 14, 2020 New York Post article by Emma-Jo Morris and Gabrielle Fonrouge titled "Smoking-gun email reveals how Hunter Biden introduced Ukrainian businessman to VP dad," available at https://nypost.com/2020/10/14/email-reveals-how-hunter-biden-introduced-ukrainian-biz-man-to-dad/.

1

3. Annexed hereto as **Exhibit 2** is a true and correct copy of an October 15, 2020 Washington Post article by Shane Harris, Ellen Nakashima, Greg Miller and Josh Dawsey titled "White House was warned Giuliani was target of Russian intelligence operation to feed misinformation to Trump," available at https://www.washingtonpost.com/national-security/giuliani-biden-ukraine-russian-disinformation/2020/10/15/43158900-0ef5-11eb-b1e8-16b59b92b36d_story.html.

4. Annexed hereto as **Exhibit 3** is a true and correct copy of an October 15, 2020 NBC News article by Ken Dilanian titled "Feds examining whether alleged Hunter Biden emails are linked to a foreign intel operation," available at https://www.nbcnews.com/politics/national-security/feds-examining-if-alleged-hunter-biden-emails-are-linked-foreign-n1243620.

5. Annexed hereto as **Exhibit 4** is a true and correct copy of an October 14, 2020 CNN digital article by Marshall Cohen, Zachary Cohen, Michael Warren, Evan Perez, Alex Marquardt and Mark Morales titled "US authorities investigating if recently published emails are tied to Russian disinformation effort targeting Biden," as updated on October 16, 2020, available at https://lite.cnn.com/en/article/h_7e5fcdffc7051ba1d73b135ee16f5b3b.

6. Annexed hereto as **Exhibit 5** is a true and correct copy of the transcript of the October 16, 2020 episode of The Situation Room with Wolf Blitzer containing the interview with Rep. Schiff that is the subject of Plaintiff's claims, available at

http://www.cnn.com/TRANSCRIPTS/2010/16/sitroom.02.html. Exhibit 5 is a complete version of the same transcript attached as Exhibit I to the Complaint, which was missing sections of text.

7. **Exhibit 6** is a true and correct copy of video footage of the interview with Rep. Schiff at issue in this case from the October 16, 2020 episode of The Situation Room with Wolf Blitzer. The video footage is available at https://twitter.com/cnnsitroom/status/1317245084639891457. Exhibit 6 was also conventionally filed with the Court.

8. Annexed hereto as **Exhibit 7** is a true and correct copy of an October 21, 2020 CNN digital article by Even Perez titled "FBI says it has 'nothing to add' to Ratcliffe's claim on Russian disinformation," available at https://www.cnn.com/2020/10/16/politics/russian-disinformation-investigation/index.html, which is one of the publications at issue in this lawsuit.

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct and that this declaration was executed on the date set forth below.

Dated: Washington, DC

January 30, 2023

_____
Alison Schary