EFiled: Jan 30 2023 04:54PM EST
Transaction ID 69010021
Case No. S22C-10-012 RHR

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.   ) <br> ) <br> CABLE NEWS NETWORK, INC., ) <br> ADAM BENNETT SCHIFF, POLITICO ) <br> LLC, ROBERT HUNTER BIDEN and ) <br> BFPCC, INC., ) <br> ) <br> Defendants. ) | C.A. No. S22C-10-012 RHR |

### DEFENDANT CABLE NEWS NETWORK, INC.'S
### MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, Cable News Network, Inc., by its undersigned attorneys, hereby moves pursuant to Superior Court Civil Rule 12(b)(6) to dismiss Plaintiff's First Amended Complaint. The grounds for this motion are set forth in the Defendant's Opening Brief and Declaration of Alison Schary with attached Exhibits 1-7, filed contemporaneously herewith.

MORRIS JAMES LLP

*/s/ David J. Soldo*
David J. Soldo (#4309)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
(302)888-6950
dsoldo@morrisjames.com

**Admitted *Pro Hac Vice***
Alison Schary
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C.  20005
(202) 973-4248
alisonschary@dwt.com

Hilary Oran
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
hilaryoran@dwt.com

Dated: January 30, 2023