EFiled: Jan 30 2023 04:54PM EST
Transaction ID 69010021
Case No. S22C-10-012 RHR

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. S22C-10-012 RHR |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC, ROBERT HUNTER BIDEN and | ) |
| BFPCC, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF CONVENTIONAL FILING OF VIDEO SEGMENT

PLEASE TAKE NOTICE that Exhibit 6 to Defendant Cable News Network, Inc.'s ("CNN's") Opening Brief in support of its Motion to Dismiss Plaintiff's First Amended Complaint is being submitted conventionally via thumb drive. Exhibit 6 constitutes a video clip of the CNN interview that is the subject of Plaintiff's claims against CNN.

On January 30, 2023, a copy of the video clip constituting Exhibit 6 was served upon the following counsel via U.S. Mail:

| | |
|---|---|
| Ronald G. Poliquin (#4447) | David J. Margules (#2254) |
| The Poliquin Firm LLC | Lauren P. Russell (#6576) |
| 1475 S. Governors Ave. | Ballard Spahr LLP |
| Dover, DE  19904 | 919 N. Market Street, 11th Floor |
| *Attorneys for Plaintiff* | Wilmington, DE  19801 |
| | *Attorneys for Defendant Politico LLC* |

2

|  |  |
|---|---|
| **Admitted *Pro Hac Vice*** <br> Alison Schary <br> Davis Wright Tremaine LLP <br> 1301 K Street NW, Suite 500 East <br> Washington, D.C.  20005 <br> (202) 973-4248 <br> alisonschary@dwt.com <br><br> Hilary Oran <br> Davis Wright Tremaine LLP <br> 1251 Avenue of the Americas, 21st Floor <br> New York, NY 10020 <br> (212) 489-8230 <br> hilaryoran@dwt.com <br><br> Dated:  January 30, 2023 | MORRIS JAMES LLP <br><br> */s/ David J. Soldo* <br> David J. Soldo (#4309) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE  19801-1494 <br> (302)888-6950 <br> dsoldo@morrisjames.com |

2