EFiled: Jan 30 2023 04:54PM EST
Transaction ID 69010021
Case No. S22C-10-012 RHR

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. S22C-10-012 RHR |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC, ROBERT HUNTER BIDEN and | ) |
| BFPCC, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Cable News Network, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint will be presented to the Court at the convenience of the Court.

| | |
|---|---|
| **Admitted *Pro Hac Vice*** <br> Alison Schary <br> Davis Wright Tremaine LLP <br> 1301 K Street NW, Suite 500 East <br> Washington, D.C.  20005 <br> (202) 973-4248 <br> alisonschary@dwt.com <br><br> Hilary Oran <br> Davis Wright Tremaine LLP <br> 1251 Avenue of the Americas, 21st Floor <br> New York, NY 10020 <br> (212) 489-8230 <br> hilaryoran@dwt.com | MORRIS JAMES LLP <br><br> */s/ David J. Soldo* <br> David J. Soldo (#4309) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE  19801-1494 <br> (302)888-6950 <br> dsoldo@morrisjames.com |

Dated:  January 30, 2023

13986695/1