EFiled: Jan 30 2023 04:54PM EST
Transaction ID 69010021
Case No. S22C-10-012 RHR

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. S22C-10-012 RHR |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC, ROBERT HUNTER BIDEN and | ) |
| BFPCC, INC., | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

NOW this _____ day of _____, 2023, after consideration of Cable News Network, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, and any response thereto, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Robert H. Robinson, Jr.

13986696/1