EFiled: Jan 30 2023 05:12PM EST
Transaction ID 69031693
Case No. S22C-10-012 RHR

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC, AND<br>ROBERT HUNTER BIDEN,<br><br>Defendants. | C.A. No. S22C-10-012 RHR |

## CERTIFICATE OF COMPLIANCE WITH TYPEFACE REQUIREMENT AND TYPE-VOLUME LIMITATION

1. Politico LLC's Opening Brief in Support of its Motion to Dismiss (the "Brief") complies with typeface requirements of Superior Court Rule 107(b) because it has been prepared in Times New Roman 14-point typeface using Microsoft Word 2016.

2. The foregoing Brief Complies with the type-volume limitation of Superior Court Rule 107(h)(1) because it contains 4,105 words, which were counted by Microsoft Word 2016.

| | |
|---|---|
| Dated: January 30, 2023 | BALLARD SPAHR LLP |
| | |
| | */s/ David J. Margules* |
| *Of Counsel:* | David J. Margules (DE Bar No. 2254) |
| | 919 N. Market Street, 11th Floor |
| Kaitlin M. Gurney (*pro hac vice*) | Wilmington, DE 19801 |
| 1735 Market Street, 51st Floor | Tel.: (302) 252-4465 |
| Philadelphia, PA 19103-7599 | Email: margulesd@ballardspahr.com |
| Tel.: (215) 864-8585 | |
| Email: gurneyk@ballardspahr.com | Lauren P. Russell (DE Bar No. 6576) |
| | 1909 K Street, NW, 12th Floor |
| | Washington, DC 20006-1157 |
| | Tel: (202) 661-7605 |
| | russelll@ballardspahr.com |
| | |
| | *Counsel for Defendant Politico LLC* |