EFiled: Jan 30 2023 05:12PM EST
Transaction ID 69031693
Case No. S22C-10-012 RHR

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC,<br><br>  Plaintiff,<br><br>  v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC, AND<br>ROBERT HUNTER BIDEN,<br><br>  Defendants. | C.A. No. S22C-10-012 RHR |

## POLITICO LLC'S MOTION TO DISMISS

Pursuant to Superior Court Civil Rule 12(b)(6), Defendant Politico LLC ("Politico"), by and through its undersigned counsel, hereby moves for dismissal of all claims against it in the above-captioned action. The grounds for this motion are set forth in Politico's Opening Brief, which is being filed contemporaneously herewith.

[Signature Page Follows]

| | |
|---|---|
| Dated: January 30, 2023 | BALLARD SPAHR LLP |
| | |
| | /s/ David J. Margules |
| *Of Counsel:* | David J. Margules (DE Bar No. 2254) |
| | 919 N. Market Street, 11th Floor |
| Kaitlin M. Gurney (*pro hac vice*) | Wilmington, DE 19801 |
| 1735 Market Street, 51st Floor | Tel.: (302) 252-4465 |
| Philadelphia, PA 19103-7599 | Email: margulesd@ballardspahr.com |
| Tel.: (215) 864-8585 | |
| Email: gurneyk@ballardspahr.com | Lauren P. Russell (DE Bar No. 6576) |
| | 1909 K Street, NW, 12th Floor |
| | Washington, DC 20006-1157 |
| | Tel: (202) 661-7605 |
| | russelll@ballardspahr.com |

*Counsel for Defendant Politico LLC*