EFiled:  Jan 30 2023 05:12PM EST
Transaction ID 69031693
Case No. S22C-10-012 RHR

# Exhibit 1




NATIONAL SECURITY

# Hunter Biden story is Russian disinfo, dozens of former intel officials say

More than 50 former intelligence officials signed a letter casting doubt on the provenance of a New York Post story on the former vice president's son.



More than 50 former senior intelligence officials have signed on to a letter outlining their belief that the recent disclosure of emails allegedly belonging to Hunter Biden, pictured here, "has all the classic earmarks of a Russian information operation." | Handout/DNCC via Getty Images

By NATASHA BERTRAND
10/19/2020 10:30 PM EDT

   

More than 50 former senior intelligence officials have signed on to a letter outlining their belief that the recent disclosure of emails allegedly belonging to Joe Biden's son "has all the classic earmarks of a Russian information operation."

The letter, signed on Monday, centers around a batch of documents released by the New York Post last week that purport to tie the Democratic nominee to his son Hunter's business dealings. Under the banner headline "Biden Secret E-mails," the Post reported it was given a copy of Hunter Biden's laptop hard drive by President Donald Trump's personal lawyer Rudy Giuliani, who said he got it from a Mac shop owner in Delaware who also alerted the FBI.

AD

While the letter's signatories presented no new evidence, they said their national security experience had made them "deeply suspicious that the Russian government played a significant role in this case" and cited several

"If we are right," they added, "this is Russia trying to influence how Americans vote in this election, and we believe strongly that Americans need to be aware of this."

Nick Shapiro, a former top aide under CIA director John Brennan, provided POLITICO with the letter on Monday. He noted that "the IC leaders who have signed this letter worked for the past four presidents, including Trump. The real power here however is the number of former, working-level IC officers who want the American people to know that once again the Russians are interfering."



**NATIONAL SECURITY**

### Intel chief releases Russian disinfo on Hillary Clinton that was rejected by bipartisan Senate panel

BY ANDREW DESIDERIO AND DANIEL LIPPMAN

The former Trump administration officials who signed the letter include Russ Travers, who served as National Counterterrorism Center acting director; Glenn Gerstell, the former NSA general counsel; Rick Ledgett, the former deputy NSA director; Marc Polymeropoulos, a retired CIA senior operations officer; and Cynthia Strand, who served as the CIA's deputy assistant director for global issues. Former CIA directors or acting directors Brennan, Leon Panetta, Gen. Michael Hayden, John McLaughlin and Michael Morell also signed the letter, along with more than three dozen other intelligence veterans. Several of the former officials on the list have endorsed Biden.

Director of National Intelligence John Ratcliffe said on Monday that the information on Biden's laptop "is not part of some Russian disinformation campaign," though the FBI is reportedly conducting an ongoing investigation into whether Russia was involved.

The New York Times raised questions on Sunday about the rigor of the Post's reporting process, revealing that several of its reporters had refused to put their name on the Biden stories because they were concerned about the authenticity of the materials. The Post stood by its reporting, saying it was vetted before publication.

AD

But the release of the material, which POLITICO has not independently verified, has drawn comparisons to 2016, when Russian hackers dumped troves of emails from Democrats onto the internet — producing few damaging revelations but fueling accusations of corruption by Trump. While there has been no immediate indication of Russian involvement in the release of emails the Post obtained, its general thrust mirrors a narrative that U.S. intelligence agencies have described as part of an active Russian disinformation effort aimed at denigrating Biden's candidacy.

**POLITICO DISPATCH: OCTOBER 20**

He's been in the Senate since 2003, but this year could be his last. POLITICO's Andrew Desiderio traces Lindsey Graham's transformation from a moderate Republican known for working across the aisle to a staunch defender of President Trump.



Subscribe on Apple Podcasts | Subscribe on Google Podcasts

"We want to emphasize that we do not know if the emails, provided to the New York Post by President Trump's personal attorney Rudy Giuliani, are genuine or not and that we do not have evidence of Russian involvement," the letter reads. But, it continues, "there are a number of factors that make us suspicious of Russian involvement."

"Such an operation would be consistent with Russian objectives, as outlined publicly and recently by the Intelligence Community, to create political chaos in the United States and to deepen political divisions here but also to undermine the candidacy of former Vice President Biden and thereby help the candidacy of President Trump," the letter reads.

National Counterintelligence and Security Center Director Bill Evanina said in August that Russia has been trying to denigrate Biden's campaign, specifically

through a Ukrainian lawmaker named Andriy Derkach who has met with Giuliani at least twice to discuss corruption accusations against Biden. Derkach was sanctioned by the Treasury Department last month for allegedly acting as a Russian agent and interfering in the 2020 election.

Giuliani brushed off concerns about Derkach in an interview with The Daily Beastthis week, saying "the chance that Derkach is a Russian spy is no better than 50/50." And he told The Wall Street Journal of the purported Biden email trove: "Could it be hacked? I don't know. I don't think so. If it was hacked, it's for real. If it was hacked. I didn't hack it. I have every right to use it."



**DEFENSE**

**Biden would revamp fraying intel community**

BY NATASHA BERTRAND AND KYLE CHENEY

The former officials said Derkach's relationship with Giuliani and fixation on the Bidens, along with Russia's reported hack on Burisma — the Ukrainian energy company that gave Hunter Biden a board seat and is at the center of Trump and his allies' corruption allegations — "is consistent with" a Russian operation.

AD

"For the Russians at this point, with Trump down in the polls, there is incentive for Moscow to pull out the stops to do anything possible to help Trump win and/or to weaken Biden should he win," the letter says. "A 'laptop

op' fits the bill, as the publication of the emails are clearly designed to discredit Biden."

Top Biden advisers who staffed him during his vice presidency, citing their own recollections as well as a review of Biden's official schedules, have sharply rejected suggestions that Biden ever met with a representative of Burisma in 2015 or has otherwise been involved in Hunter Biden's business interests.

"Investigations by the press, during impeachment, and even by two Republican-led Senate committees whose work was decried as 'not legitimate' and political by a GOP colleague have all reached the same conclusion: that Joe Biden carried out official U.S. policy toward Ukraine and engaged in no wrongdoing," Biden campaign spokesman Andrew Bates said last week. "Trump administration officials have attested to these facts under oath."

FILED UNDER: CIA, CENTRAL INTELLIGENCE AGENCY, NSA, RUSSIA, JOE BIDEN, ⋯



# Huddle

A play-by-play preview of the day's congressional news

**EMAIL**

Your Email

**INDUSTRY**

Select Industry ▼

SIGN UP

By signing up you agree to allow POLITICO to collect your user information and use it to better recommend content to you, send you email newsletters or updates from POLITICO, and share insights based on aggregated user information. You further agree to our privacy policy and terms of service. You can unsubscribe at any time and can contact us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## SPONSORED CONTENT







#### Down To This Daily Habit
drkellyannwellness.com



#### Meet The Number One Enemy
Blood Sugar



#### is an ill-advised romp
The Economist

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

POWERJobs

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do not sell my info

Notice to California Residents

---

© 2023 POLITICO LLC