EFiled: Jan 30 2023 05:12PM EST
Transaction ID 69031693
Case No. S22C-10-012 RHR

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC,<br><br>  Plaintiff,<br><br>  v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC, AND<br>ROBERT HUNTER BIDEN,<br><br>  Defendants. | C.A. No. S22C-10-012 RHR |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached Motion to Dismiss will be presented at the convenience of the Court.

Dated: January 30, 2023

*Of Counsel:*

Kaitlin M. Gurney (*pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel.: (215) 864-8585
Email: gurneyk@ballardspahr.com

BALLARD SPAHR LLP

*/s/ David J. Margules*
David J. Margules (DE Bar No. 2254)
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel.: (302) 252-4465
Email: margulesd@ballardspahr.com

Lauren P. Russell (DE Bar No. 6576)
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel: (202) 661-7605
russelll@ballardspahr.com

*Counsel for Defendant Politico LLC*