**Morris James** LLP

EFiled: Jan 31 2023 11:35AM EST
Transaction ID 69037327
Case No. S22C-10-012 RHR

David J. Soldo
302.888.6950
dsoldo@morrisjames.com

January 31, 2023

**VIA FILE & SERVEXPRESS AND FEDERAL EXPRESS**

The Honorable Robert H. Robinson, Jr.
Sussex County Courthouse
1 The Circle, Suite 2
Georgetown, DE  19947

   *RE:* *John Paul Mac Isaac v. Cable News Network, Inc., et al.*
      *DE Superior Court C.A. No. S22C-10-012 RHR*

Dear Judge Robinson:

  I represent Defendant, Cable News Network, Inc. ("CNN") in the above captioned matter. Enclosed, please find a courtesy copy of CNN's Motion to Dismiss with Opening Brief in support of same, and all supporting documents that was filed on Monday, January 30, 2023 (T.I. #69010021).

  In addition, I enclose a thumb drive containing a video clip that is Exhibit 6 to the Declaration of Alison Schary in support of CNN's Opening Brief in Support of its Motion to Dismiss, the full written transcript for which is contained in Exhibit 5 to Ms. Schary's Declaration.

  Should Your Honor have any questions or concerns with regard to this matter, counsel are at the Court's leisure.

             Respectfully submitted,

             David J. Soldo (#4309)

DJS/jmb
Enclosure
cc: Ronald G. Poliquin (via File & Serve*Xpress*)
   David J. Margules (via File & Serve*Xpress*)

13999276/1

500 Delaware Avenue, Suite 1500   |   Wilmington, DE 19801-1494   T 302.888.6800   F 302.888.5856
Mailing Address   P.O. Box 2306  |  Wilmington, DE 19899-2306   www.morrisjames.com