EFiled: Feb 14 2023 12:12PM EST
Transaction ID 69146215
Case No. S22C-10-012 RHR

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

JOHN PAUL MAC ISAAC,

Plaintiff,

v. CABLE NEWS NETWORK, INC.,
ADAM BENNETT SCHIFF,
POLITICO LLC.,
ROBERT HUNTER BIDEN, AND
BFPCC, INC

Defendant,

C.A. No.: S22C-10-012 RHR

## CERTIFICATE OF SERVICE

I, **William Sera, Registered Process Server No. 2016163195**, hereby certify that on the below date I served a copy of the following documents: on 02/01/2023, at 1:56 p.m., Upland, California

Summons, Amended Summons, Praecipe, Civil Case Information Statement (CIS) Exhibits, Complaint, Amended Complaint

By (select one):  **X** Certified mail  ____ U.S. Mail  OR  ____ Hand Delivered

USPS No. 9405511206203513490413, Delivered, In/At Mailbox, CULVER CITY, CA 90232 February 2, 2023, 10:03 am.

to the following Person(s) (list names and addresses):

TO: **ROBERT HUNTER BIDEN**

**10866 W Washington Blvd Suite 1272**

**Culver City, CA 90232-3610**

Date: 2/6/2023

Pro Se (signature)

SEE ATTACHED

Name: **William Sera** (CO-NAN Enterprises) (print)

Address: **5737 Kanan Rd Suite 239**

**Agoura Hills, CA 91301-1601**

Phone: (**661**) **319-7802**

**Los Angeles County**

# CALIFORNIA NOTARY JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of <u>California</u>

County of <u>Los Angeles</u>

Subscribed and sworn to (or affirmed) before me on this <u>6TH</u> day of <u>FEBRUARY</u>, 20<u>23</u>,

By <u>WILLIAM SERA</u>

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal) 

JAMES T. KELLOFF
Notary Public - California
Los Angeles County
Commission # 2371044
My Comm. Expires Aug 17, 2025

Signature _____