EFiled: Feb 10 2023 09:58AM EST
Transaction ID 69123792
Case No. S22C-10-012 RHR



**Sheriff's Office**
800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delaware
New Castle County
**Scott T. Phillips**
Sheriff

2/10/2023

**Court Case # S22C-10-012 RHR**
Sheriff # 22-008163

Amended Summons and Complaint

### JOHN PAUL MAC ISAAC
vs
### CABLE NEWS NETWORK, INC, ADAM BENNETT SCHIFF, POLITICO LLC, AND ROBERT HUNTER BIDEN

Entity - BFPCC INC

On 2/8/2023 at 10:30 AM a copy of the within writ together with a copy of the Amended Summons and Complaint were served upon Marcel Walker, SOP Manager, a representative for the registered agent CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON, DE 19801 .

Fees Paid: $30.00

Per: Deputy Sheriff, Steven Elliott

SO ANS;

*Scott T Phillips*
SHERIFF

PER   Michelle Dunham