EFiled: Feb 14 2023 12:12PM EST
Transaction ID 69146215
Case No. S22C-10-012 RHR

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

JOHN PAUL MAC ISAAC,

    Plaintiff,

v.

                                                    C.A. No.: S22C-10-012 RHR

CABLE NEWS NETWORK, INC.,
ADAM BENNETT SCHIFF,
POLITICO LLC,
ROBERT HUNTER BIDEN, AND
BFPCC, INC.

    Defendants.

## CERTIFICATE OF SERVICE

I, **Nancy Banfield, Registered Process Server, #5054**, hereby certify that on the below date I served a copy of the following documents: on 01-27-2023, at 2:50 p.m.

Summons, Amended Summons, Praecipe, Complaint, Certificate Civil Case Information Statement (CIS), Exhibits

By (select one): ____ Certified mail     ____ U.S. Mail    OR   **XX** Hand Delivered

CMB, Astrid Moran, Sales Associate, Manager, Female, Hispanic, 40 years+, 5'3", Brown hair, Brown eyes, 150 lbs.+

to the following Person(s) (list names and addresses):

TO:   **ROBERT HUNTER BIDEN**

       **10866 W Washington Blvd., Suite 1272**

       **Culver City, CA 90232-3610**

Date: 2-6-2023

_____
Pro Se (signature)

Name: Nancy Banfield (print)
Address: 5737 Kanan Rd Suite 239
         Agoura Hills, CA 91301-1601
Phone: (661) 319-7802
       Co-Nan Enterprises, LLC
       Los Angeles County

02/06/2023
See Attached Notary

**JURAT**

> A notary public or other officer completeing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not to the truthfulness, accuracy, or validity of that document.

State of California  } ss.
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this __6th__ day of __February__, 20__23__, by __Nancy Banfield__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

S. DELIRA
Comm. #2365598
Notary Public · California
Solano County
Comm. Expires Jul 14, 2025

Signature __Sdelira__

---------- OPTIONAL ----------
Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

Description of Attached Document
Title or Type of Document: __Certificate of service__
Document Date: __February 06, 2023__   Number of Pages: __3 pages including attachment__
Signer(s) Other Than Named Above: __—__