IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. S22C-10-012 RHR |
| ) | |
| CABLE NEWS NETWORK, INC., ) | |
| ADAM BENNETT SCHIFF, POLITICO ) | |
| LLC, ROBERT HUNTER BIDEN and ) | |
| BFPCC, INC. ) | |

### AMENDMENT TO THE COMPLAINT CONCERNING SERVICE OF PROCESS UPON DEFENDANT SCHIFF

**NOW COMES** the Plaintiff, by and through undersigned counsel, and amends the Complaint in the above-captioned action pursuant to Superior Civil Rule 4(h) as follows:.

**STATE OF DELAWARE** )
**COUNTY OF KENT** ) SS:

PLAINTIFF'S ATTORNEY, Ronald G. Poliquin, having been sworn before me, a notary public for the State and County aforesaid, does hereby depose and say as follows:

1. That he is the Attorney for the Plaintiff in the foregoing Civil Action.

2. Defendant Adam Bennett Schiff is located at ███████████████████████████████

3. In addition, Defendant Schiff has a Washington, DC office at Rayburn House Office Building, 2269, Washington, DC 20515.

4. Jurisdiction over said Defendant Schiff was obtained and service of process was made upon Defendant Schiff pursuant to the Delaware long arm statute.

5. A copy of the lawsuit papers were sent January 2, 2023 via certified mailed to the Defendant's respective addressees listed above. See attached certified mail receipts attached as Exhibit 1.

6. In addition, a follow up letter was sent to Defendant Schiff on January 20, 2023. See attached as Exhibit 2.

7. Service of process was effectuated upon Defendant Schiff on January 23, 2023.

**THE POLIQUIN FIRM, LLC**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
1475 S. Governors Ave.
Dover, DE 19904
302-702-5501
*Attorney for Plaintiff John Mac Isaac*

STATE OF DELAWARE   :
                    :ss
COUNTY OF KENT      :

SWORN TO AND SUBSCRIBED before me, a Notary Public on this third day of February, 2023.

Morgan Kramer
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 31, 2024

Notary Public
Date: 2/14/23