EFiled: Feb 15 2023 09:55AM EST
Transaction ID 69152919
Case No. S22C-10-012 RHR

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. S22C-10-012 RHR |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, POLITICO | ) |
| LLC, ROBERT HUNTER BIDEN and | ) |
| BFPCC, INC. | ) |

### CERTIFICATE OF SERVICE

I certify that on this 14th day of February 2023, I caused to be served one (1) copy of the foregoing *Amendment to the Complaint Concerning Service of Process Upon Defendant Schiff* upon the following party via File & ServeXpress.

David J. Soldo
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6950
dsoldo@morrisjames.com

David J. Margules
919 N. Market Street, 11th Floor
Wilmington, DE 19801
(302) 252-4465
margulesd@ballardspahr.com

Lauren P. Russell
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
(202) 661-7605
russelll@ballardspahr.com

**THE POLIQUIN FIRM, LLC**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
1475 S. Governors Ave.
Dover, DE 19904
302-702-5501
*Attorney for Plaintiff Mac Isaac*