EFiled: Feb 15 2023 09:55AM EST
Transaction ID 69152919
Case No. S22C-10-012 RHR



# USPS Tracking®

**Remove ✕**

**Tracking Number:**

## 70210950000155387634

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:26 am on January 4, 2023 in POTOMAC, MD 20854

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
████████ MD ████
January 4, 2023, 11:26 am

### Out for Delivery
████████, MD ████
January 4, 2023, 9:55 am

### Arrived at Post Office
████████ MD ████
January 4, 2023, 9:44 am

### Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER
January 4, 2023, 2:52 am

### Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER
January 3, 2023, 7:32 pm

Feedback



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Adam B. Schiff

   [address redacted]

   9590 9402 6777 1074 2583 54

2. Article Number (Transfer from service label)

   7021 0950 0001 5538 7634

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt