

EFiled:  Feb 15 2023 09:55AM EST
Transaction ID 69152919
Case No. S22C-10-012 RHR

Brian R. Della Rocca
51 Monroe
Rockville,
Phon
Fa
Email: bdellarocca@compass-law.com

January 20, 2023

*Via Certified Mail; Return Receipt Requested*

Honorable Adam B. Schiff
█████████████████████████

Re:   Mac Isaac v. Schiff, et. al. (C.A. No. S22C-10-012 CAK)

Dear Congressman:

    I am writing to encourage you to have your attorney contact me as soon as possible. On October 17, 2022, Mr. John Paul Mac Isaac filed a lawsuit against you and others. Out of state service on you was completed twice, once to your Washington, DC office on December 19, 2022 (confirmation of delivery attached) and again to your Potomac home on January 4, 2023 (confirmation of delivery attached). The return receipt confirmation was not returned by the USPS for the December 19, 2022 delivery but was returned, unsigned, for the January 4, 2023 delivery.

    Both of those packages included the summons and relevant case information, specifically including the complaint and its exhibits. According to the summons, your response to the complaint is due 20 days after receipt of the summons. That deadline is on Tuesday, January 24, 2023.

    Again, please have your attorney contact me as soon as possible. If you need an extension to respond, we will happily grant that extension but cannot do so without first speaking with your attorney. Failure to respond to the complaint could result in a default judgment against you.

    Thank you for your attention to this matter. I look forward to speaking with your attorney.

Very truly yours,

COMPASS LAW PARTNERS

Brian R. Della Rocca

cc:   John Paul Mac Isaac (via email)
      Ronald G. Poliquin, Esquire (via email)

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70210950000155387580

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 8:13 am on December 19, 2022 in WASHINGTON, DC 20515

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20515
December 19, 2022, 8:13 am

### Available for Pickup
WASHINGTON, DC 20515
December 18, 2022, 10:16 am

### Arrived at Hub
WASHINGTON, DC 20018
December 18, 2022, 9:25 am

### Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER
December 17, 2022, 9:48 pm

Hide Tracking History



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70210950000155387634

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:26 am on January 4, 2023 in ▮▮▮▮ MD ▮▮▮▮

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
▮▮▮▮ MD ▮▮▮▮
January 4, 2023, 11:26 am

### Out for Delivery
▮▮▮▮ MD ▮▮▮▮
January 4, 2023, 9:55 am

### Arrived at Post Office
▮▮▮▮ MD ▮▮▮▮
January 4, 2023, 9:44 am

### Departed USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER
January 4, 2023, 2:52 am

### Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER
January 3, 2023, 7:32 pm



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Adam B. Schiff

   [redacted]

   9590 9402 6777 1074 2583 54

2. Article Number (Transfer from service label)

   7021 0950 0001 5538 7634

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

UNITED STATES POSTAL SERVICE

January 23, 2023

Dear Brian Della Rocca:

The following is in response to your request for proof of delivery on your item with the tracking number: **9514 8066 9011 3020 3933 45**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 23, 2023, 1:00 pm |
| **Location:** | ▮▮▮▮▮ MD ▮▮▮ |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | ADAM B SCHIFF |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | ▮▮▮▮▮▮▮▮▮▮ |
| **City, State ZIP Code:** | ▮▮▮▮▮▮▮▮▮▮ |

## Recipient Signature

**Signature of Recipient:** *[handwritten signature]*

**Address of Recipient:**
8204 WINDSOR VIEW TER
POTOMAC, MD 20854

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004