EFiled: Feb 24 2023 05:33PM EST
Transaction ID 69221320
Case No. S22C-10-012 RHR

| | |
|---|---|
| From: | Chris.Clark@lw.com |
| To: | Brian Della Rocca |
| Subject: | RE: Hunter Biden |
| Date: | Friday, December 2, 2022 10:00:53 AM |
| Attachments: | image003.png |
| | image004.png |

No.

**Christopher J. Clark**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.1350
Email: chris.clark@lw.com
Bio: Attorney Profile
https://www.lw.com

**From:** Brian Della Rocca <bdellarocca@compass-law.com>
**Sent:** Friday, December 2, 2022 9:31 AM
**To:** Clark, Christopher (NY) <Chris.Clark@lw.com>
**Subject:** Hunter Biden

Mr. Clark,

I represent John Paul Mac Isaac.

We filed a lawsuit naming Hunter Biden as a defendant. I wanted to reach out to you to ask if you are able to accept service on his behalf.

Please let me know.

Thank you.

Regards,



*Brian R. Della Rocca, Esquire*
Principal – Compass Law Partners

Email: bdellarocca@compass-law.com
Phone: 240-560-3030
Fax: 301-740-2297

51 Monroe St. Suite 408, Rockville, MD
www.compassadvocacy.com

This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated. Any tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding

penalties which may be imposed on the recipient by the IRS or other taxing authority. Compass Law Partners is a trade name of Garagiola Law Partners, LLC.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.