EFiled: Feb 24 2023 05:33PM EST
Transaction ID 69221320
Case No. S22C-10-012 RHR

**From:** Brian Della Rocca
**To:** george.mesires@faegredrinker.com
**Subject:** John Paul Mac Isaac
**Date:** Wednesday, April 7, 2021 11:23:22 PM

I represent John Paul Mac Isaac.

If you currently represent Hunter Biden, I am interested in speaking with you.

Let me know if you are available to speak.

Regards,

null



**Brian R. Della Rocca, Esquire**
Partner - Compass Law Partners

**Phone** 240-454-1013
**Fax** 301-740-2297
**Web** www.Compass-Law.com
**Email** BDellaRocca@Compass-Law.com
48 Maryland Ave. Suite 400, Annapolis, MD 21401

**From:** Brian Della Rocca
**To:** george.mesires@faegredrinker.com
**Subject:** Hunter Biden
**Date:** Friday, December 2, 2022 10:36:00 AM
**Attachments:** image001.png
image002.png

---

Mr. Mesires,

I represent John Paul Mac Isaac.

We have filed a lawsuit in Delaware and Hunter Biden is named as a defendant. I know you have served as his attorney.

If you are currently serving in that capacity, can you accept service on Hunter's behalf?

Please let me know.

Thank you.
Brian



*Brian R. Della Rocca, Esquire*
Principal - Compass Law Partners
Email: bdellarocca@compass-law.com
Phone: 240-560-3030
Fax: 301-740-2297
51 Monroe St. Suite 408, Rockville, MD
www.compassadvocacy.com

This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated. Any tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS or other taxing authority. Compass Law Partners is a trade name of Garagiola Law Partners, LLC.

**From:** Brian Della Rocca
**To:** george.mesires@faegredrinker.com
**Subject:** Follow-up
**Date:** Monday, January 9, 2023 9:46:00 AM
**Attachments:** image001.png
image002.png

Mr. Mesires,

I wanted to follow-up with you regarding my previous emails, particularly the email dated December 2, 2022.

Please let me know if you still represent Hunter Biden and, if so, if you are authorized to accept service.

Thank you.



*Brian R. Della Rocca, Esquire*
Principal - Compass Law Partners
Email: bdellarocca@compass-law.com
Phone: 240-560-3030
Fax: 301-740-2297
51 Monroe St. Suite 408, Rockville, MD
www.compassadvocacy.com

This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated. Any tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS or other taxing authority. Compass Law Partners is a trade name of Garagiola Law Partners, LLC.