# USPS Tracking®



EFiled: Feb 24 2023 05:33PM EST
Transaction ID 69221320
Case No. S22C-10-012 RHR

**Tracking Number:**                                                                 Remove ✕

# 70210950000133582471

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:37 pm on December 19, 2022 in WASHINGTON, DC 20016.

Get More Out of USPS Tracking:

    USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20016
December 19, 2022, 12:37 pm

● **Out for Delivery**
WASHINGTON, DC 20016
December 19, 2022, 6:10 am

● **Arrived at Hub**
WASHINGTON, DC 20016
December 18, 2022, 12:30 pm

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 18, 2022, 7:31 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 18, 2022, 5:27 am

● **Arrived at USPS Regional Facility**

WASHINGTON DC NETWORK DISTRIBUTION CENTER
December 17, 2022, 9:47 pm

**Hide Tracking History**

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

**See Less** ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

