# USPS Tracking®

EFiled: Feb 24 2023 05:33PM EST
Transaction ID 69221320
Case No. S22C-10-012 RHR



Remove ✕

**Tracking Number:**

**70210950000133582501**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 3:40 am on December 27, 2022 in WASHINGTON, DC 20500.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
December 27, 2022, 3:40 am

**Reminder to Schedule Redelivery of your item**
December 26, 2022

**Available for Pickup**
WASHINGTON, DC 20500
December 21, 2022, 11:24 am

**Arrived at Post Office**
WASHINGTON, DC 20018
December 21, 2022, 6:59 am

**Arrived at USPS Regional Facility**
WASHINGTON DC NETWORK DISTRIBUTION CENTER
December 21, 2022, 2:07 am

Hide Tracking History

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert H. Biden
   c/o POTUS
   1600 Pennsylvania Ave NW
   Washington DC 20500

   9590 9402 6777 1074 2582 00

2. Article Number (Transfer from service label)

   7021 0950 0001 3358 2501

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

   USSD Mail Operation

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery



Compass Law Partners
51 Monroe St, Ste 408
Rockville, MD 20850

USPS TRACKING #

9590 9402 6777 1074 2582 00

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10