# USPS Tracking®



EFiled: Feb 24 2023 05:33PM EST
Transaction ID 69221320
Case No. S22C-10-012 RHR

Remove ✕

**Tracking Number:**

## 9405511206203513490413

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 10:03 am on February 2, 2023 in CULVER CITY, CA 90232.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, In/At Mailbox**
CULVER CITY, CA 90232
February 2, 2023, 10:03 am

**Out for Delivery**
CULVER CITY, CA 90232
February 2, 2023, 8:14 am

**Arrived at Post Office**
CULVER CITY, CA 90230
February 2, 2023, 8:03 am

**Arrived at USPS Facility**
CULVER CITY, CA 90230
February 2, 2023, 6:00 am

**Departed USPS Regional Facility**
LOS ANGELES CA DISTRIBUTION CENTER
February 2, 2023, 5:27 am

**Arrived at USPS Regional Facility**
LOS ANGELES CA DISTRIBUTION CENTER

Feedback

February 1, 2023, 10:53 pm

**Departed USPS Regional Facility**
CITY OF INDUSTRY CA DISTRIBUTION CENTER
February 1, 2023, 10:12 pm

**Arrived at USPS Regional Facility**
CITY OF INDUSTRY CA DISTRIBUTION CENTER
February 1, 2023, 9:21 pm

**USPS in possession of item**
UPLAND, CA 91785
February 1, 2023, 1:56 pm

Hide Tracking History

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs