EFiled: Feb 24 2023 05:33PM EST
Transaction ID 69221320
Case No. S22C-10-012 RHR

| | |
|---|---|
| From: | Lowell, Abbe |
| To: | Brian Della Rocca |
| Subject: | Delaware Lawsuit |
| Date: | Sunday, February 19, 2023 7:01:42 PM |

Dear Mr. Della Rocca:

In your February 6, 2023 letter to Attorney General Merrick Garland, you stated: *"My primary concern with Mr. Lowell's and Hunter Biden's request for a criminal investigation into John Paul is that the request came immediately after Hunter Biden was served in John Paul's case against Hunter Biden and others. The lawsuit was filed on October on October 17, 2022, in the Superior Court of Delaware in Newcastle County (Case No. S22C-10-012 RHR). It was exceedingly difficult to locate Hunter Biden to serve him. . . . The private investigator was successful and we were able to serve Hunter Biden on January 27, 2023."* (Ltr. to AG Garland at 2).

We do not see any basis for that statement. Before you proceed any further in the lawsuit you filed on behalf of John Paul Mac Isaac against Hunter Biden, please let us know the basis for your claim that you "were able to serve" Mr. Biden.

Sincerely,

Abbe Lowell


**Abbe David Lowell**
Partner

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 202-282-5875
F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3305
F: +1 212-294-4700

VCard | Email | winston.com



---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.