EFiled: Feb 24 2023 05:33PM EST
Transaction ID 69221320
Case No. S22C-10-012 RHR

| | |
|---|---|
| **From:** | Lowell, Abbe |
| **To:** | Brian Della Rocca |
| **Subject:** | RE: Delaware Lawsuit |
| **Date:** | Tuesday, February 21, 2023 10:35:49 AM |
| **Attachments:** | image002.png |
| | image003.png |

Mr. Della Rocca,

We have reviewed the email you sent this morning which contains a link to a filing your process server made purporting to be service of Mr. Mac Isaac's lawsuit on our client.  The affidavit on the docket states your server left the documents at an address which appears to be a facility providing post office-type boxes to people.  How do you claim under Delaware law that is sufficient or even that the box at the alleged facility belonged to our client?  Also, you should know that we are not agents for the service of process for our client.  Eager to hear the details of explanation.

Thank you.

Abbe Lowell

**Abbe David Lowell**

**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 202-282-5875

F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3305

F: +1 212-294-4700

VCard | Email | winston.com

WINSTON
&STRAWN
LLP

**From:** Brian Della Rocca <bdellarocca@compass-law.com>
**Sent:** Tuesday, February 21, 2023 8:23 AM
**To:** Lowell, Abbe <ADLowell@winston.com>
**Subject:** RE: Delaware Lawsuit

I have provided a link to the Certificates of Service below.

Also, I have linked to the original complaint and its amendment (which was merely a correction of the caption).

Finally, I am happy to grant an extension of time for your client to respond, if that is needed.

Thanks.
Brian


I'm using Adobe Acrobat.

You can view and comment on "(27) Amended Complaint.pdf" at:

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:6281b93f-b671-4754-aad7-ea763f5b4254

You can view and comment on "2022.10.17 Complaint with Exhibits.pdf" at:

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:3477f331-5f53-42ca-9ca6-ff7b36a6df6e

You can view and comment on "(38-1) Summons Returned for Hunter.pdf" at:

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:413001f4-2bf6-4002-be56-a6e9fe0d8d8b

You can view and comment on "(38) Summons Returned for Hunter.pdf" at:

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:0ea64838-6ea1-4850-aa1b-dec6a2a39016



**Brian R. Della Rocca, Esquire**
Principal - Compass Law Partners

Email: bdellarocca@compass-law.com
Phone: 240-560-3030
Fax: 301-740-2297

51 Monroe St. Suite 408, Rockville, MD
www.compassadvocacy.com

This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated. Any tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS or other taxing authority. Compass Law Partners is a trade name of Garagiola Law Partners, LLC.


**From:** Lowell, Abbe <ADLowell@winston.com>
**Sent:** Sunday, February 19, 2023 7:01 PM
**To:** Brian Della Rocca <bdellarocca@compass-law.com>
**Subject:** Delaware Lawsuit

Dear Mr. Della Rocca:

In your February 6, 2023 letter to Attorney General Merrick Garland, you stated: *"My primary concern with Mr. Lowell's and Hunter Biden's request for a criminal investigation into John Paul is that the request came immediately after Hunter Biden was served in John Paul's case against Hunter Biden and others. The lawsuit was filed on October on October 17, 2022, in the Superior Court of Delaware in Newcastle County (Case No. S22C-10-012 RHR). It was exceedingly difficult to locate Hunter Biden to serve him. . . . The private investigator was successful and we were able to serve Hunter Biden on January 27, 2023."* (Ltr. to AG Garland at 2).

We do not see any basis for that statement.  Before you proceed any further in the lawsuit you filed on behalf of John Paul Mac Isaac against Hunter Biden, please let us know the basis for your claim that you "were able to serve" Mr. Biden.

Sincerely,

Abbe Lowell

**Abbe David Lowell**

**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 202-282-5875

F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3305

F: +1 212-294-4700

VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.