EFiled: Feb 24 2023 05:33PM EST
Transaction ID 69221320
Case No. S22C-10-012 RHR

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC,<br><br>Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC, AND<br>ROBERT HUNTER BIDEN,<br><br>Defendants. | C.A. No. S22C-10-012 RHR |

## [PROPOSED] ORDER

AND NOW THIS _____, day of \_\_\_\_\_, 2023, upon consideration of *Plaintiff's Motion to Deem Service Complete as to Defendant Robert Hunter Biden*,

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
The Honorable Robert H. Robinson
Presiding Superior Court Judge