EFiled: Mar 01 2023 11:37AM EST
Transaction ID 69245418
Case No. S22C-10-012 RHR

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISSAC,<br><br>    Plaintiff,<br><br>    v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC,<br>ROBERT HUNTER BIDEN, and<br>BFPCC, INC.,<br><br>    Defendants. | C.A. No. S22C-10-012 RHR |

**ENTRY OF APPEARANCE ON BEHALF
OF DEFENDANT ROBERT HUNTER BIDEN**

WITHOUT WAIVER of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted, and/or statute of limitations;

PLEASE ENTER THE APPEARANCE of Bartholomew J. Dalton, Esq., Connor C. Dalton, Esq., and Jessica L. Needles, Esq. on behalf of Defendant Robert Hunter Biden in the above-captioned matter.

[*signature block on following page*]

/s/ *Bartholomew J. Dalton*
Bartholomew J. Dalton, Esq. (#808)
Connor C. Dalton, Esq. (#7037)
Jessica L. Needles, Esq. (#6884)
DALTON & ASSOCIATES, P.A.
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE 19806
T: (302) 652-2050
F: (302) 652-0687
bdalton@dalton.law
cdalton@dalton.law
jneedles@dalton.law

Dated: March 1, 2023

## **CERTIFICATE OF SERVICE**

I, Bartholomew J. Dalton, Esq., do hereby certify that on March 1, 2023, I served a true and correct copy of the foregoing Entry of Appearance on Behalf of Defendant Robert Hunter Biden via File&Serve*Xpress* upon all counsel of record.

> */s/ Bartholomew J. Dalton*
> Bartholomew J. Dalton, Esq. (#808)
> DALTON & ASSOCIATES, P.A.