EFiled: Mar 01 2023 03:14PM EST
Transaction ID 69249221
Case No. S22C-10-012 RHR

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. S22C-10-012 RHR |
| ) | |
| CABLE NEWS NETWORK, INC., ) | |
| ADAM BENNETT SCHIFF, POLITICO ) | |
| LLC, ROBERT HUNTER BIDEN and ) | |
| BFPCC, INC. ) | |

## CERTIFICATE OF SERVICE

I certify that on this 1st day of March 2023, I caused to be served one (1) copy of the foregoing *Second Amended Complaint* AND one (1) copy of the foregoing *Motion for leave to Amend the Complaint* upon the following parties via Electronic Mail.

David J. Soldo
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6950
dsoldo@morrisjames.com

David J. Margules
 919 N. Market Street, 11th Floor
Wilmington, DE 19801
(302) 252-4465
margulesd@ballardspahr.com

Lauren P. Russell
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
(202) 661-7605
russelll@ballardspahr.com

Bartholomew J. Dalton
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE 19806
(302)652-2050
bdalton@dalton.law

Conner C. Dalton
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE 19806
(302)652-2050
cdalton@dalton.law

Jessica L. Needles
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE 19806
(302)652-2050
jneedles@dalton.law

                                        **THE POLIQUIN FIRM, LLC**

                                        <u>/s/ Ronald G. Poliquin</u>
                                        Ronald G. Poliquin, Esquire
                                        I.D. No.  4447
                                        1475 S. Governors Ave.
                                        Dover, DE  19904
                                        302-702-5501
                                        *Attorney for Plaintiff Mac Isaac*