EFiled: Mar 01 2023 03:14PM EST
Transaction ID 69249231
Case No. S22C-10-012 RHR

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. S22C-10-012 RHR |
| ) | |
| CABLE NEWS NETWORK, INC., ) | |
| ADAM BENNETT SCHIFF, ) | |
| POLITICO LLC, ROBERT ) | |
| HUNTER BIDEN, AND ) | |
| BFPCC, INC. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that the *Plaintiff's Motion for Leave to File Second Amended Complaint* will be presented to the court on April 21, 2023 at 11 a.m.

**THE POLIQUIN FIRM, LLC**

/s/ Ronald G. Poliquin (I.D. 4447)
Ronald G. Poliquin, Esquire
1475 S. Governors Ave.
Dover, DE 19904
(302) 702-5501
Attorney for Plaintiff

Date: March 1, 2023