EFiled: Mar 01 2023 03:14PM EST
Transaction ID 69249221
Case No. S22C-10-012 RHR

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC,<br><br>    Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC, AND<br>ROBERT HUNTER BIDEN,<br><br>    Defendants. | C.A. No. S22C-10-012 RHR |

## [PROPOSED] ORDER

AND NOW THIS _____, day of _____, 2023, upon consideration of *Plaintiff's Motion for Leave to File Second Amended Complaint.*

IT IS HEREBY ORDERED that the Motion is GRANTED.

                                                                                          _____
                                                                                          The Honorable Robert H. Robinson
                                                                                          Presiding Superior Court Judge