EFiled: Mar 02 2023 11:58AM EST
Transaction ID 69256732
Case No. S22C-10-012 RHR

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. S22C-10-012 RHR ) |
| CABLE NEWS NETWORK, INC., ADAM BENNETT SCHIFF, POLITICO LLC, ROBERT HUNTER BIDEN, AND BFPCC, INC. | ) ) ) ) ) |
| Defendants. | ) |

### ACCEPTANCE OF SERVICE AND STIPULATION AND [PROPOSED] ORDER GOVERNING EXTENSION OF RESPONSE DATE

Plaintiff John Paul Mac Isaac ("Plaintiff") and Defendant, Robert Hunter Biden ("Mr. Biden"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, that:

1. On February 28, 2023, Abbe David Lowell, Esquire, accepted service on behalf of Defendant, Robert H. Biden, in the above-captioned matter.

2. Parties have agreed that Defendant Biden has up to and until March 27, 2023, to respond to the Amended Complaint.

| | |
|---|---|
| **DALTON AND ASSOCIATES, P.A.** | **THE POLIQUIN FIRM, LLC** |
| /s/ *Bartholomew J. Dalton* | /s/ *Ronald G. Poliquin* |
| Bartholomew J. Dalton | Ronald G. Poliquin (#4447) |
| Cool Spring Meeting House | 1475 S. Governor's Avenue |
| 1106 West Tenth Street | Dover, DE 19904 |
| Wilmington, DE 19806 | (302) 702-5501 |
| bdalton@dalton.law | ron@poliquinfirm.com |

| | |
|---|---|
| **WINSTON & STRAWN LLP** | **COMPASS LAW PARTNERS** |
| */s/ Abbe David Lowell* <br> Abbe David Lowell <br> 1901 L Street, NW <br> Washington, DC 20036 <br> (202) 282-5000 (ph) <br> (202) 282-5100 (fax) <br> *Attorneys for Defendant,* <br> *Robert H. Biden* | */s/ Brian R. Della Rocca* <br> Brian Della Rocca <br> 51 Monroe Street, Suite 408 <br> Rockville, MD <br> (240) 560-3030 <br> bdellarocca@compass-law.com <br><br> *Attorneys for Plaintiff* <br><br> Dated: January 28, 2023 |

IT IS SO ORDERED, this ___ day of _____, 2023.

_____
The Honorable Robert H. Robinson, Jr.

2