## CERTIFICATE OF SERVICE

I certify that on March 8, 2023, I caused the attached document to be filed with CM/ECF and that I served the attached document by U.S. Mail and electronic mail as follows:

Ronald G. Poliquin
THE POLIQUIN FIRM, LLC
1475 S. Governors Ave.
Dover, DE 19904
*ron@poliquinfirm.com*

Attorney for Plaintiff

David J. Soldo
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE  19801-1494
*dsoldo@morrisjames.com*

Attorney for Cable News Network, Inc.

David J. Margules
Lauren P. Russell
Kaitlin M. Gurney
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
*margulesd@ballardspahr.com*
*russelll@ballardspahr.com*
*gurneyk@ballardspahr.com*

Attorneys for Politico LLC

Brian R. Della Rocca
COMPASS LAW PARTNERS
51 Monroe Street, Suite 408
Rockville, MD  20805
*bdellarocca@compass-law.com*

Attorney for Plaintiff

Alison Schary
DAVIS WRIGHT TREMAINE LLP
1301 K Street, N.W., Suite 500 East
Washington, DC  20005
*alisonschary@dwt.com*

Attorney for Cable News Network, Inc.

Bartholomew J. Dalton
Connor C. Dalton
Jessica L. Needles
DALTON AND ASSOCIATES, P.A.
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE 19806
*bdalton@dalton.law*
*cdalton@dalton.law*
*jneedles@dalton.law*

Attorneys for Robert Hunter Biden

Abbe David Lowell
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC  20036

Attorney for Robert Hunter Biden
*by U.S. Mail only*

       /s/ Stephen R. Terrell
STEPHEN R. TERRELL