IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC,<br><br>          Plaintiff,<br><br>     v.<br><br>CABLE NEWS NETWORK, INC., ADAM BENNETT SCHIFF, POLITICO LLC, ROBERT HUNTER BIDEN, AND BFPCC, INC.,<br><br>          Defendants. | C.A. No. 23-cv-247-RGA |

## MOTION AND PROPOSED ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Kaitlin M. Gurney, of Ballard Spahr LLP, 1735 Market St 51st floor, Philadelphia, PA 19103, to represent Defendant Politico LLC in this matter.

Dated: March 8, 2023

BALLARD SPAHR LLP

*/s/ Lauren P. Russell*
David J. Margules (DE Bar No. 2254)
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel.: (302) 252-4465
Email: margulesd@ballardspahr.com

Lauren P. Russell (DE Bar No. 6576)
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel: (202) 661-7605
russelll@ballardspahr.com

*Counsel for Defendant Politico LLC*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED, counsel's motion for admission *pro hac vice* is granted.

Dated:_____                    _____
                                                                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Fund effective 7/29/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Dated: March 8, 2023

Kaitlin M. Gurney
BALLARD SPAHR LLP
1735 Market St 51st floor
Philadelphia, PA 19103
Tel.: 215.864.8585
Fax: 215.864.8999
Email: gurneyk@ballardspahr.com