# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CABLE NEWS NETWORK, INC., ) <br> ADAM BENNETT SCHIFF, ) <br> POLITICO LLC, ROBERT ) <br> HUNTER BIDEN, AND ) <br> BFPCC, INC. ) <br> ) <br> Defendants. ) | Case No. 1:23-cv-00247 RGA |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## OF BRIAN R. DELLA ROCCA, ESQUIRE

Ronald G. Poliquin, Esquire, a member of the Delaware bar, pursuant to Rule 83.5 and the attached certification, moves the Admission Pro Hac Vice of Brian R. Della Rocca, Esquire Compass Law Partners, 51 Monroe St. Suite 408, Rockville, MD; Telephone number: (240) 560-3030, to represent the Plaintiff, John Paul Mac Isaac.

**The Poliquin Firm, LLC**

/s/ Ronald G. Poliquin
RONALD G. POLIQUIN, ESQUIRE
Delaware Bar ID No. 4447
1475 South Governors Avenue.
Dover, DE 19904
(302) 702-5501
*Attorney for Plaintiff*

Date: March 8, 2023

# CERTIFICATION BY BRIAN R. DELLA ROCCA, ESQUIRE TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of Delaware (DE State Bar License No. 4447) and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action, I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid, the fee payment will be submitted to the Clerk's Office upon receipt of this motion.

        **Compass Law Partners**

        */s/ Brian R. Della Rocca*
        BRIAN R. DELLA ROCCA, ESQUIRE
        51 Monroe Street.
        Suite 408
        Rockville, MD 20850
        (240) 560-3030
        *Attorney for Plaintiff*

Date:  March 8, 2023

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that the Motion for Admission Pro Hac Vice of Brian Della Rocca, Esquire is GRANTED.

Date:

_____

United States District Judge

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00247 RGA |
| | ) |
| CABLE NEWS NETWORK, INC., | ) |
| ADAM BENNETT SCHIFF, | ) |
| POLITICO LLC, ROBERT | ) |
| HUNTER BIDEN, AND | ) |
| BFPCC, INC. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 8th day of March 2023, that a copy of the **Motion and Order for Admission Pro Hac Vice of Brian R. Della Rocca, Esquire,** has been served electronically and/or by First Class Mail, postage prepaid, to:

**The Poliquin Firm, LLC**

/s/ Ronald G. Poliquin
RONALD G. POLIQUIN, ESQUIRE
Delaware Bar ID No. 4447
1475 South Governors Avenue.
Dover, DE 19904
(302) 702-5501
*Attorney for Plaintiff*

Date: March 8, 2023