# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-00247 MN |
| | ) |
| CABLE NEWS NETWORK, INC., ADAM BENNETT SCHIFF, POLITICO LLC, ROBERT HUNTER BIDEN, AND BFPCC, INC. | ) ) ) ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to United States District Court Rule 83.5 and the attached certification, counsel for Defendant, Cable News Network, Inc. moves for the admission *pro hac vice* of Hilary Oran, Esquire of Davis Wright Tremaine LLP to represent Defendant, Cable News Network, Inc. in this matter.

**MORRIS JAMES LLP**

*/s/ David J. Soldo*
David J. Soldo (#4309)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800

Dated: March 10, 2023          *Attorneys for Defendant, Cable News Network, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* for Hilary Oran, Esquire is granted.

Dated: _____          _____
United States District Court Judge