**CERTIFICATION BY HILARY ORAN TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 9, 2023        Signed: *Hilary Oran*
Hilary Oran (New York Bar #5600804)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 489-8230
hilaryoran@dwt.com