IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISSAC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC,<br>ROBERT HUNTER BIDEN, and<br>BFPCC, INC.,<br><br>　　　　Defendants. | C.A. No. 1:23-cv-00247-MN |

**MOTION AND ORDER FOR**
**ADMISSION PRO HAC VICE**

　　Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Abbe David Lowell, Esq. and David A. Kolansky, Esq. to represent Defendant Robert Hunter Biden in this matter.

　　　　　　　　　　　　　　　　　　Signed: */s/ Bartholomew J. Dalton*
　　　　　　　　　　　　　　　　　　Bartholomew J. Dalton, Esq. (#808)
　　　　　　　　　　　　　　　　　　DALTON & ASSOCIATES, P.A.
　　　　　　　　　　　　　　　　　　1106 West Tenth Street
　　　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　　　T: (302) 652-2050
　　　　　　　　　　　　　　　　　　*Attorney for Robert Hunter Biden*

Date: March 10, 2023

**ORDER GRANTING MOTION**

　　IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of Abbe David Lowell, Esq. is granted.

Date: March 10, 2023　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard G. Andrews

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISSAC,<br><br>    Plaintiff,<br><br>    v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC,<br>ROBERT HUNTER BIDEN, and<br>BFPCC, INC.,<br><br>    Defendants. | C.A. No. 1:23-cv-00247-MN |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of District of Columbia, Bar of Maryland, and Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: March 9, 2023

/s/ *Abbe David Lowell*
Abbe David Lowell, Esq.
**WINSTON & STRAWN LLP**
1901 L Street, N.W.
Washington, DC 20036
Ph: (202) 282-5000
ADLowell@winston.com

*Counsel for Robert Hunter Biden*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISSAC,<br><br>    Plaintiff,<br><br>    v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC,<br>ROBERT HUNTER BIDEN, and<br>BFPCC, INC.,<br><br>    Defendants. | C.A. No. 1:23-cv-00247-MN |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: March 9, 2023

/s/ *David A. Kolansky*
David A. Kolansky, Esq.
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Ph: (212) 294-2636
DKolansky@winston.com

*Counsel for Robert Hunter Biden*