IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISSAC,<br><br>   Plaintiff,<br><br>   v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC,<br>ROBERT HUNTER BIDEN, and<br>BFPCC, INC.,<br><br>   Defendants. | C.A. No. 1:23-cv-00247-MN |

**MOTION AND ORDER FOR**
**ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sanaya M. Tamboli, Esq. to represent Defendant Robert Hunter Biden in this matter.

                                           Signed: */s/ Bartholomew J. Dalton*
                                           Bartholomew J. Dalton, Esq. (#808)
                                           DALTON & ASSOCIATES, P.A.
                                           1106 West Tenth Street
                                           Wilmington, DE 19806
                                           T: (302) 652-2050
                                           *Counsel for Defendant Robert Hunter Biden*

Date: <u>March 14, 2023</u>

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of Sanaya M. Tamboli, Esq. is granted.

Date: _____                                                     _____
                                                                                             The Honorable Maryellen Noreika

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISSAC,<br><br>    Plaintiff,<br><br>    v.<br><br>CABLE NEWS NETWORK, INC.,<br>ADAM BENNETT SCHIFF,<br>POLITICO LLC,<br>ROBERT HUNTER BIDEN, and<br>BFPCC, INC.,<br><br>    Defendants. | C.A. No. 1:23-cv-00247-MN |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: March 14, 2023

*/s/ Sanaya M. Tamboli*
Sanaya M. Tamboli, Esq.
**WINSTON & STRAWN LLP**
1901 L Street, N.W.
Washington, DC 20036
Ph: (202) 282-5724
STamboli@winston.com

*Counsel for Defendant Robert Hunter Biden*