# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-00247 MN |
| | ) |
| CABLE NEWS NETWORK, INC., ADAM | ) |
| BENNETT SCHIFF, POLITICO LLC, ROBERT | ) |
| HUNTER BIDEN, AND BFPCC, INC. | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to United States District Court Rule 83.5 and the attached certification, counsel for Defendant, Cable News Network, Inc. moves for the admission *pro hac vice* of Katherine M. Bolger, Esquire of Davis Wright Tremaine LLP to represent Defendant, Cable News Network, Inc. in this matter.

**MORRIS JAMES LLP**

 _/s/ David J. Soldo_____
David J. Soldo (#4309)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800

Dated: March 17, 2023   *Attorneys for Defendant, Cable News Network, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* for Katherine M. Bolger, Esquire is granted.

Dated: _____   _____
United States District Court Judge

## CERTIFICATION BY KATHERINE M. BOLGER TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 14, 2023          Signed: */s/ Katherine M. Bolger*
Katherine M. Bolger (New York Bar #2976868)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 489-8230
katebolger@dwt.com