IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
|         Plaintiff, | ) |
|    v. | ) C.A. No. 23-247 (MN) |
| CABLE NEWS NETWORK, INC., ADAM BENNETT SCHIFF, POLITICO LLC, ROBERT HUNTER BIDEN, AND BFPCC, INC, | ) |
|         Defendants. | ) |

**ORDER**

At Wilmington, this 24th day of March 2023, for the reasons set forth in the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. The United States' Motion to Substitute (D.I. 4) is GRANTED.

2. The United States is hereby substituted as a defendant for Adam Bennett Schiff.

3. The United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) (D.I. 4) is GRANTED.

4. As this Court sees no basis to assert subject matter jurisdiction over the remaining counts, this matter is REMANDED to the Superior Court of the State of Delaware in and for Sussex County.

*[signature]*
The Honorable Maryellen Noreika
United States District Judge