OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK

Unit 18
844 N King Street
Wilmington, De 19801
(302) 573-6170

March 24, 2023

**VIA U.S. POSTAL SERVICE**

**Prothonotary**
Superior Court – Sussex County
Sussex County Courthouse
1 The Circle, Suite 2
Georgetown, DE 19947

    RE: *Isaac v. Cable News Network, Inc. et al* **1:23-cv-00247-MN**

Dear Clerk,

  On March 24, 2023, the Honorable Maryellen Noreika remanded the above-captioned case to the Superior Court of the State of Delaware in and for New Castle County. Enclosed, please find the following:

1) Certified copy of the USDC docket sheet as of March 24, 2023; and
2) Certified copy of the Memorandum Opinion and Order dated March 24, 2023.

  Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our website at www.ded.uscourts.gov.

  Please acknowledge receipt of the above items on the attached copy of this letter via mail or email at mn_civil@ded.uscourts.gov.

                Sincerely,
                John A. Cerino, Clerk

                /s/ Mark D. Buckson, Jr.
                  Deputy Clerk

enc.
cc: Counsel of record (via CM/ECF)

**I, _____, hereby acknowledge that I received the items listed above**

**on _____.**

_____
**Signature**