IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN PAUL MAC ISAAC, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:23-cv-247 (MN) |
| | : | |
| v. | : | |
| | : | |
| CABLE NEWS NETWORK, *et. al.*, | : | |
| | : | |
| Defendants. | : | |

## PROPOSED ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Relief from a Judgment or Order Pursuant to Rule 60(b) is granted.

**THEREFORE, IT IS HEREBY ORDERED THAT** the order on March 24, 2023 substituting the United States as defendant Adam B. Schiff and granting the United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction is set aside to allow full argument on the issue by both parties.

_____
United States District Court Judge Maryellen Noreika