IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN PAUL MAC ISAAC, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:23-cv-247 (MN) |
| | : | |
| v. | : | |
| | : | |
| CABLE NEWS NETWORK, *et. al.*, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 24th day of March 2023, that a copy of the Motion for Relief Pursuant Rule 60(b)**,** has been served electronically served via to All counsel of record (via CM/ECF).

THE POLIQUIN FIRM, LLC

/s/ Ronald G. Poliquin
RONALD G. POLIQUIN, ESQUIRE
Delaware Bar ID No. 4447
1475 South Governors Avenue.
Dover, DE 19904
(302) 702-5501
*Attorney for Plaintiff*

Date:  March 24, 2023