OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK

Unit 18
844 N King Street
Wilmington, De 19801
(302) 573-6170

March 24, 2023

**VIA U.S. POSTAL SERVICE**

**Prothonotary**
Superior Court – Sussex County
Sussex County Courthouse
1 The Circle, Suite 2
Georgetown, DE 19947

FILED PROTHONOTARY SUSSEX COUNTY
2023 MAR 27 A 10: 27

RE:   *Isaac v. Cable News Network, Inc. et al* **1:23-cv-00247-MN**

Dear Clerk,

On March 24, 2023, the Honorable Maryellen Noreika remanded the above-captioned case to the Superior Court of the State of Delaware in and for New Castle County. Enclosed, please find the following:

1) Certified copy of the USDC docket sheet as of March 24, 2023; and
2) Certified copy of the Memorandum Opinion and Order dated March 24, 2023.

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our website at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter via mail or email at mn_civil@ded.uscourts.gov.

Sincerely,
John A. Cerino, Clerk

/s/ Mark D. Buckson, Jr.
Deputy Clerk

enc.
cc:   Counsel of record (via CM/ECF)

I, *Marco Suarez*, hereby acknowledge that I received the items listed above on *March 27, 2023*.

_____
**Signature**

Sup. Ct. C.A. No. S22C-10-012 RHR

MAR 2 7 2023