EXHIBIT A

## Terrell, Stephen (CIV)

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Tuesday, March 07, 2023 12:16 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-00247-UNA Mac Isaac v. Cable News Network, Inc. et al Notice of Removal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Delaware**

## Notice of Electronic Filing

The following transaction was entered on 3/7/2023 at 12:15 PM EST and filed on 3/7/2023

| | |
|---|---|
| **Case Name:** | Mac Isaac v. Cable News Network, Inc. et al |
| **Case Number:** | [1:23-cv-00247-UNA](#) |
| **Filer:** | Adam Bennett Schiff |
| **Document Number:** | [1](#) |

**Docket Text:**
**NOTICE OF REMOVAL and copies of documents from DE Superior Court, Case Number S22C-10-012 RHR - filed by Adam Bennett Schiff. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Certificate of Service, # (5) Civil Cover Sheet) (vfm)**


**1:23-cv-00247-UNA Notice has been electronically mailed to:**

Bartholomew J. Dalton     bdalton@bdaltonlaw.com, lsimon@bdaltonlaw.com

David J. Margules     margulesd@ballardspahr.com, LitDocket_East@ballardspahr.com, harmonw@ballardspahr.com, tatesf@ballardspahr.com

David J. Soldo     dsoldo@morrisjames.com, jbarrowclough@morrisjames.com

==Ronald George Poliquin==     ==ron@poliquinfirm.com, morgan@poliquinfirm.com==

Stephen Terrell     stephen.terrell2@usdoj.gov

Connor Caulfield Dalton     cdalton@dalton.law

Jessica L. Needles     jneedles@dalton.law

**1:23-cv-00247-UNA Filer will deliver document by other means to:**

Lauren P. Russell
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/7/2023] [FileNumber=5154169-0]
[b22cb4afa27330614847af85990fbc11bdad96eee312d002614ee90eace661d22734
59850e14eb0caea64027b7d4f06c14dca588269cd37a4928b8855770612c]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/7/2023] [FileNumber=5154169-1]
[58df8a75bd581eb2ccc8efdeaf5d09655a118497d4a00129dab74ccf97de7b4e8b02
c24b889bd3d871fa40df3fc20e9795a08fcbafae57a1b9ee2a2931dc3ccf]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/7/2023] [FileNumber=5154169-2]
[36d726aa2c01aaac828a17afb59c1e8bc59fd1b4b3ea5393d067e7492a1ce43de632
9c1172eddfa27dc6ca77756ba939a9c83c9484acbdfae14f2e2ad970e414]]
**Document description:** Exhibit C
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/7/2023] [FileNumber=5154169-3]
[86f057e9a47fa72c7d96ffb63635440d7e040cc0ccd7b85fe481bf5ed19a7b598e14
0935452ee93b99401ede116f441aef8b7d88914e9b1780c3de608807b44d]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/7/2023] [FileNumber=5154169-4]
[ace12b4cde96b5d2fdfdecef62c242fbe58a7e6f8757090f00e83fb4e3434106cce0
0e50fd4d1717824c12da6f633bec60981d7d9c1c8a8811be609d91aa4010]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/7/2023] [FileNumber=5154169-5]
[1348b883a1fe6df5b33a364bf7962ab470370eaaaf7c065a696165b25fa725746d67
b266e68704e5fb6711710e4f2a155f66600d30620f506c384f61f3738e40]]