EXHIBIT B

## Terrell, Stephen (CIV)

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Wednesday, March 08, 2023 11:17 AM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-00247-UNA Mac Isaac v. Cable News Network, Inc. et al Motion to Substitute Party |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Terrell, Stephen on 3/8/2023 at 11:16 AM EST and filed on 3/8/2023

| | |
|---|---|
| **Case Name:** | Mac Isaac v. Cable News Network, Inc. et al |
| **Case Number:** | [1:23-cv-00247-UNA](#) |
| **Filer:** | United States of America |
| **Document Number:** | 4 |

**Docket Text:**
**MOTION to Substitute Party: United States of America to replace Adam Bennett Schiff, MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by United States of America. (Attachments: # (1) Certificate of Service)(Terrell, Stephen)**

**1:23-cv-00247-UNA Notice has been electronically mailed to:**

Bartholomew J. Dalton     bdalton@bdaltonlaw.com, lsimon@bdaltonlaw.com

David J. Margules     margulesd@ballardspahr.com, harmonw@ballardspahr.com, LitDocket_East@ballardspahr.com, tatesf@ballardspahr.com

David J. Soldo     dsoldo@morrisjames.com, jbarrowclough@morrisjames.com

Lauren Russell     russelll@ballardspahr.com

Ronald George Poliquin     ron@poliquinfirm.com, morgan@poliquinfirm.com

Stephen Terrell     stephen.terrell2@usdoj.gov

**1:23-cv-00247-UNA Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/8/2023] [FileNumber=5155328-0]
[3b2964a5c9ba99a84fe2e035f6f4ec5385168e08c8ccf0707282ad736f1e1a5feddb
c10a98ab423dd46a15e0b4a1242937647d0a9bf638c5f14124837e4cc3ba]]
**Document description:**Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/8/2023] [FileNumber=5155328-1]
[031123de6d815017d7af145e0512e6c31234909afb35fe20b3195433f659efa0522e
894d2dbee51949c5c9f812dfb8e8ce73b70253f466a227d5c63eb948320d]]