EXHIBIT C

## Terrell, Stephen (CIV)

| | |
|---|---|
| **From:** | Terrell, Stephen (CIV) |
| **Sent:** | Wednesday, March 08, 2023 11:29 AM |
| **To:** | ron@POLIQUINFIRM.COM; bdellarocca@compass-law.com; DSOLDO@MORRISJAMES.COM; ALISONSCHARY@DWT.COM; MARGULESD@BALLARDSPAHR.COM; RUSSELLL@BALLARDSPAHR.COM; gurneyk@ballardspahr.com; Bart Dalton; cdalton@dalton.law; jneedles@dalton.law |
| **Subject:** | FW: Activity in Case 1:23-cv-00247-UNA Mac Isaac v. Cable News Network, Inc. et al Motion to Substitute Party |
| **Attachments:** | Docket 4 - Mtn Subt and Dismiss.pdf |

Counsel,

In the event you are not yet receiving ECF notices, attached please find the motion to substitute and dismiss filed by the United States today.

We're happy to discuss an agreed-upon briefing schedule.

Also, as you know, on, or before, March 28, 2023, the parties must "submit a statement identifying all pending matters which require judicial attention." LR 81.2. Can you please confer on that topic so that we may timely file.

Stephen R. Terrell
United States Department of Justice
Civil Division
Federal Tort Claims Act Office
3CON, 11th Floor
175 N St, NE
Washington, DC 20002
(202) 353-1651
Stephen.Terrell2@usdoj.gov

---

**From:** ded_nefreply@ded.uscourts.gov <ded_nefreply@ded.uscourts.gov>
**Sent:** Wednesday, March 08, 2023 11:17 AM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00247-UNA Mac Isaac v. Cable News Network, Inc. et al Motion to Substitute Party

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

1

**District of Delaware**

## Notice of Electronic Filing

The following transaction was entered by Terrell, Stephen on 3/8/2023 at 11:16 AM EST and filed on 3/8/2023

| | |
|---|---|
| **Case Name:** | Mac Isaac v. Cable News Network, Inc. et al |
| **Case Number:** | 1:23-cv-00247-UNA |
| **Filer:** | United States of America |
| **Document Number:** | 4 |

**Docket Text:**

**MOTION to Substitute Party: United States of America to replace Adam Bennett Schiff, MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by United States of America. (Attachments: # (1) Certificate of Service)(Terrell, Stephen)**

**1:23-cv-00247-UNA Notice has been electronically mailed to:**

Bartholomew J. Dalton    bdalton@bdaltonlaw.com, lsimon@bdaltonlaw.com

David J. Margules    margulesd@ballardspahr.com, harmonw@ballardspahr.com, LitDocket_East@ballardspahr.com, tatesf@ballardspahr.com

David J. Soldo    dsoldo@morrisjames.com, jbarrowclough@morrisjames.com

Lauren Russell    russelll@ballardspahr.com

Ronald George Poliquin    ron@poliquinfirm.com, morgan@poliquinfirm.com

Stephen Terrell    stephen.terrell2@usdoj.gov

**1:23-cv-00247-UNA Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/8/2023] [FileNumber=5155328-0]
[3b2964a5c9ba99a84fe2e035f6f4ec5385168e08c8ccf0707282ad736f1e1a5feddb
c10a98ab423dd46a15e0b4a1242937647d0a9bf638c5f14124837e4cc3ba]]
**Document description:**Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/8/2023] [FileNumber=5155328-1]
[031123de6d815017d7af145e0512e6c31234909afb35fe20b3195433f659efa0522e
894d2dbee51949c5c9f812dfb8e8ce73b70253f466a227d5c63eb948320d]]