IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN PAUL MAC ISAAC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-247 (MN) |
| | ) |
| CABLE NEWS NETWORK, INC., ADAM | ) |
| BENNETT SCHIFF, POLITICO LLC, | ) |
| ROBERT HUNTER BIDEN, AND BFPCC, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 17th day of October 2023, for the reasons set forth in the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

Plaintiff's Motion for Relief from a Judgment or Order Pursuant to Rule 60(b) (D.I. 18) is DENIED.

_____
The Honorable Maryellen Noreika
United States District Judge